# Exhibit 1

# United States of America

## United States Patent and Trademark Office

# NINTENDO

**Reg. No. 7,123,503**

**Registered Aug. 01, 2023**

**Int. Cl.: 3, 5, 9, 11, 14, 16, 18, 20, 21, 24, 25, 27, 28, 29, 30, 32, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON Corporation )
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 3: Laundry detergent; laundry soap; soap, namely, bath soap, bar soap, body wash for humans or animals; shampoos; shampoos for pets; non-medicated dentifrices; toothpaste; non-medicated mouth wash and rinse; cosmetics; bath preparations, not for medical purposes; hair spray; mascara; decorative transfers for cosmetic purposes; temporary tattoo transfers for use as cosmetics; cosmetics for children; beauty masks; perfumery; air fragrancing preparations; air fragrance reed diffusers; room fragrances; fragrance sachets; pet fragrances; false nails; false eyelashes; nail art stickers

CLASS 5: Cough syrups; cough drops; eye drops; antiseptics; first aid kits; adhesive bandages; bandages for dressings; cotton for medical purposes; babies' diapers; powdered milk for babies; nutritional supplements; vitamin supplements; food for babies

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headphones; earphones; batteries

CLASS 11: Electric lights for Christmas trees; lamps; standard lamps

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings being jewelry; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; printed notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; Printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 20: Pillows; cushions; packaging containers of plastic; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 21: Floss for dental purposes; hair brushes; combs; brushes for washing up; toothbrushes; fitted vanity cases; cosmetic utensils, namely, cosmetic brushes; containers for household or kitchen use; drinking flasks; glass bowls; soup bowls; utensils for kitchen and cleaning purposes, namely, serving spoons, serving forks, and chopsticks; mugs; cups; dishes; plates; paper plates; cookie jars; lunch boxes; drinking bottles for sports; drinking straws; coasters, not of paper or textile; place mats of plastic; tablemats, not of paper or textile; trays for household purposes; waste baskets; coin banks; soap holders; dishes for soap

CLASS 24: Fabrics for textile use; adhesive fabric for application by heat; towels of textile; handkerchiefs of textile; quilts; children's blankets; bed blankets; picnic blankets; throws; fleece blankets; travelling rugs; lap robes; covers for cushions; pillowcases; bed linen; tablemats of textile; table napkins of textile; place mats of textile; coasters of textile; flags of textile or plastic; banners of textile or plastic; blankets for household pets; wall hangings of textile; unfitted fabric furniture covers; bed covers; curtains of textile or plastic; household linen; sleeping bags

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 27: Carpets for automobiles; mats, namely, bath mats, door mats, and personal exercise mats; textile floor mats for use in the home; carpets; carpets and rugs; rugs; wall hangings, not of textile; wallpaper

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 29: Fruit-based snack food; potato chips; milk products excluding ice cream, ice milk and frozen yogurt; cheese; milk beverages, milk predominating; yogurt; frozen fruits; preserved meats and sausages; canned fish; processed fish; jellies for food; jams; prepared nuts; soups; preparations for making soup

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candies; ice cream; cookies; chocolate; popcorn; chewing gum; bread and buns; sandwiches; pizzas; pies; cakes; pancakes; frozen yogurt; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal preparations, namely, oatmeal, corn flakes, breakfast cereals, and cereal bars; noodles; pasta; pasta sauce; rice

CLASS 32: Soda water; table waters; fruit juice; soft drinks; vegetable juices being beverages; non-alcoholic carbonated beverages; non-alcoholic sparkling fruit juice

beverages; non-alcoholic fruit juice beverages; whey beverages

CLASS 35: Advertising; public relations; organization of exhibitions for commercial or advertising purposes; demonstration of goods; promotion of goods and services through sponsorship of sports events; marketing services; customer loyalty services and customer club services, for commercial, promotional and/or advertising purposes; marketing, advertising, and promoting the retail goods and services of others through wireless electronic devices; online retail store services for downloadable and pre-recorded music and movies; retail store services featuring games; retail store services featuring virtual game goods, namely, virtual footwear, clothing, headwear, eyewear, bags, art, toys, accessories, digital animated and non-animated designs and characters; retail store services featuring toys

CLASS 38: Providing telecommunications connections to a global computer network; communications by computer terminals; computer aided transmission of messages and images; video-on-demand transmission; providing online forums for transmission of messages among computer users; providing an online forum for video games; transmission of greeting cards online; streaming of data; streaming of games and digital media content on the internet; providing information in the field of telecommunications

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; entertainment services, namely, providing on-line, non-downloadable virtual footwear, clothing, headwear, eyewear, bags, art, toys, accessories, digital animated and non-animated designs and characters for use in virtual environments created for entertainment purposes; entertainment services, namely, providing virtual environments in which users can interact for recreational, leisure or entertainment purposes; arranging and conducting of video game events for entertainment purposes; organizing, arranging, and conducting virtual electronic game events; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; organization and arrangement of video game events for entertainment purposes; organization and arrangement of entertainment shows and events; providing on-line computer games; organization of electronic game competitions for entertainment purposes; providing amusement arcade services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-18-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1671924A DATED 04-11-2022, EXPIRES 04-11-2032

SER. NO. 79-344,950, FILED 04-11-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 14**

**Prior U.S. Cl.: 27**

**United States Patent and Trademark Office**

**Reg. No. 1,247,024**
**Registered Aug. 2, 1983**

**TRADEMARK**
**Principal Register**

**NINTENDO**

Nintendo of America, Inc. (Washington corporation)
18340 Southcenter Pkwy.
Seattle, Wash. 98188, assignee of
Nintendo Co., Ltd. (Japan corporation)
Higashiyama-ku, Kyoto-shi, Kyoto-fu, Japan

For: WATCHES AND CLOCKS, in CLASS 14 (U.S. Cl. 27).

First use Apr. 22, 1980; in commerce Apr. 22, 1980.

Owner of U.S. Reg. No. 1,035,078.

Ser. No. 344,373, filed Jan. 4, 1982.

AMOS T. MATTHEWS, JR., Examining Attorney

**Int. Cls.: 9, 14, 16, 18, 20, 21, 24, 25, 26, 28 and 30**

**Prior U.S. Cls.: 2, 3, 21, 22, 26, 27, 28, 30, 33, 36, 37, 38, 39, 40, 42, 46 and 50**

**Reg. No. 1,628,966**

# United States Patent and Trademark Office

**Registered Dec. 25, 1990**

## TRADEMARK
### PRINCIPAL REGISTER

## NINTENDO

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH AVENUE N.E.
REDMOND, WA 98052

FOR: PRERECORDED AUDIO AND VIDEO TAPES CONTAINING MUSIC, HAND-HELD STEREOSCOPIC AND TWO-DIMENSIONAL VIEWERS, AND STILL REELS AND FILM CARTRIDGES FOR SUCH VIEWERS, AND AUDIO SPEAKERS, IN CLASS 9 (U.S. CLS. 21, 26 AND 36).

FIRST USE 2–0–1989; IN COMMERCE 2–0–1989.

FOR: WATCHES AND COSTUME JEWELRY, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 1–0–1987; IN COMMERCE 1–0–1987.

FOR: PRINTED MATTER, NAMELY STICKERS, STICKER ALBUMS, NOTEBOOKS, MEMO PADS, POSTERS, PICTURE STORYBOOKS, COLOR AND ACTIVITY BOOKS, MAGNETIC SLATES, STORYBOOK AND AUDIO CASSETTE SETS SOLD AS A UNIT, MEMO BOARDS, PENS, PENCILS, PENCIL SHARPENERS, ERASERS, DECORATIVE FIGURES ATTACHABLE TO PENCILS, NOTEBOOKS AND PENCIL BOXES WITH MAGNETIC CLOSURES, STATIONERY-TYPE PORTFOLIOS, DRAWING RULERS, TRADING CARDS, BOOK MARKS, BOOK PLATES, PAPER DECORATIONS MOUNTABLE ON DOORS, BOOK COVERS, CALENDARS, RING BINDERS, COLLECTOR BOOKS, IRON-ON TRANSFERS, GIFT WRAPPING PAPER, PAPER NAPKINS, INVITATION CARDS, PAPER TABLE COVERS, PAPER BANNERS, PAPER PARTY FAVORS, PAPER HATS, GREETING CARDS, AND GIFT BOXES, IN CLASS 16 (U.S. CLS. 2, 36, 37, 38 AND 50).

FIRST USE 7–0–1988; IN COMMERCE 7–0–1988.

FOR: BACKPACKS, HAND BAGS, GYM BAGS, DUFFEL BAGS, LUGGAGE, WALLETS, IN CLASS 18 (U.S. CLS. 2 AND 3).

FIRST USE 7–0–1988; IN COMMERCE 7–0–1988.

FOR: CABINETS FOR HOME VIDEO GAME SYSTEMS, PILLOWS, TRAY TABLES, SLEEPING BAGS, SLUMBER BAGS, AND BED TENTS, IN CLASS 20 (U.S. CL. 22).

FIRST USE 7–0–1988; IN COMMERCE 7–0–1988.

FOR: DOMESTIC UTENSILS AND CONTAINERS, NAMELY LUNCH PAILS, INSULATED CONTAINERS FOR FOOD AND BEVERAGES, MUGS, WASTE PAPER BASKETS, CANTEENS, CANDY AND CONFECTIONERY CONTAINERS, DRINKING GLASSES, PITCHERS, CANISTERS, SERVING TRAYS, DINNERWARE, NAMELY BOWLS, PLATES (CERAMIC, PLASTIC OR GLASS), COASTERS, AND PANS, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 6–0–1988; IN COMMERCE 6–0–1988.

FOR: BED AND TABLE COVERS AND TEXTILE ARTICLES, NAMELY SHEETS, PILLOW CASES, BEDSPREADS, BLANKETS, COMFORTERS, PILLOW SHAMS, CURTAINS, DRAPERIES, AND TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 8–0–1988; IN COMMERCE 8–0–1988.

FOR: CLOTHING, NAMELY SUSPENDERS, BELTS, RAINCOATS, VISORS, HATS, SLEEPWEAR, ROBES, SPORTSWEAR, NAMELY, WARM-UP SUITS, SWEAT SHIRTS AND SWIMSUITS, UNDERWEAR, GLOVES, MITTENS, COSTUMES, SMOCKS, SOCKS, STOCKINGS, SHIRTS, T-SHIRTS, VESTS, JACKETS, HEADWEAR, PANTS AND FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-0-1988; IN COMMERCE 7-0-1988.

FOR: EMBROIDERED PATCHES FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).

FIRST USE 1-0-1989; IN COMMERCE 1-0-1989.

FOR: GAMES AND PLAYTHINGS, NAMELY ACTION FIGURES, PLUSH DOLLS, PUPPETS, TOY BINOCULARS, HAND-HELD PINBALL GAMES, BOARD GAMES, PUZZLES, TARGET SETS COMPRISED OF TARGETS AND PROJECTILES, TOY BOWLING SETS COMPOSED OF BOWLING PINS AND BOWLING BALLS, BOP BAGS, RING TOSS GAMES, BEAN BAG GAMES, NON-ELECTRONIC HAND-HELD SKILL GAMES, KITES, YO-YOS, TOY BALLOONS, DECORATIVE WIND SOCKS, GAME CARDS, TOY BANKS, ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, ELECTRONIC GAME PROGRAMS, PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY, ELECTRONIC EXERCISE MATS INTERACTIVE WITH A VIDEO DISPLAY, ELECTRONIC TOYS WITH A CLOCK OR TIMEPIECE FEATURE, VIDEO GAME CARTRIDGE STORAGE DEVICES, HOLDERS, CARRIERS, AND CARRYING CASES FOR VIDEO GAME SYSTEMS, IN CLASS 28 (U.S. CLS. 22, 26 AND 38).

FIRST USE 12-1-1980; IN COMMERCE 12-1-1980.

FOR: PROCESSED BREAKFAST CEREALS, COOKIES AND CRACKERS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-7-1988; IN COMMERCE 12-7-1988.

OWNER OF U.S. REG. NOS. 1,497,674, 1,574,821 AND OTHERS.

SER. NO. 73-814,948, FILED 7-5-1989.

PATRICK HINES, EXAMINING ATTORNEY

**Int. Cls.: 16, 25 and 28**

**Prior U.S. Cls.: 22, 23, 37, 38 and 39**

**Reg. No. 1,497,674**

# United States Patent and Trademark Office

**Registered July 26, 1988**

## TRADEMARK
## PRINCIPAL REGISTER

## NINTENDO

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH AVENUE N.W.
REDMOND, WA 98052

FOR: PUBLICATIONS, NAMELY, MAGAZINES AND BOOKS, OPERATION MANUALS AND OWNERS' MANUALS RELATING TO VIDEO GAME MACHINES AND SOFTWARE AND FOR WRITING PADS AND SCOREPADS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 7-16-1981; IN COMMERCE 7-16-1981.

FOR: CLOTHING, NAMELY TOPS, SHIRTS, SWEAT SHIRTS AND T-SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1986; IN COMMERCE 2-0-1986.

FOR: GAME EQUIPMENT, NAMELY ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, ELECTRONIC GAME PROGRAMS, TOY ROBOTS, TOY ROBOTS USED IN CONJUNCTON WITH THE PLAYING OF A VIDEO GAME, TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY AND PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23 AND 38).

FIRST USE 10-18-1985; IN COMMERCE 10-18-1985.

SER. NO. 685,458, FILED 9-21-1987.

MARY C. MACK, EXAMINING ATTORNEY

**Int. Cls.: 16, 25 and 28**

**Prior U.S. Cls.: 22, 23, 37, 38 and 39**

**Reg. No. 1,497,674**

# United States Patent and Trademark Office

**Registered July 26, 1988**

## TRADEMARK
## PRINCIPAL REGISTER

## NINTENDO

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH AVENUE N.W.
REDMOND, WA 98052

FOR: PUBLICATIONS, NAMELY, MAGAZINES AND BOOKS, OPERATION MANUALS AND OWNERS' MANUALS RELATING TO VIDEO GAME MACHINES AND SOFTWARE AND FOR WRITING PADS AND SCOREPADS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 7-16-1981; IN COMMERCE 7-16-1981.

FOR: CLOTHING, NAMELY TOPS, SHIRTS, SWEAT SHIRTS AND T-SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1986; IN COMMERCE 2-0-1986.

FOR: GAME EQUIPMENT, NAMELY ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, ELECTRONIC GAME PROGRAMS, TOY ROBOTS, TOY ROBOTS USED IN CONJUNCTON WITH THE PLAYING OF A VIDEO GAME, TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY AND PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23 AND 38).

FIRST USE 10-18-1985; IN COMMERCE 10-18-1985.

SER. NO. 685,458, FILED 9-21-1987.

MARY C. MACK, EXAMINING ATTORNEY

**Int. Cls.: 9, 16 and 28**

**Prior U.S. Cl.: 22**

**United States Patent and Trademark Office** — **Reg. No. 1,213,822**
**Registered Oct. 26, 1982**

**TRADEMARK**
**Principal Register**

# NINTENDO

Nintendo Co., Ltd. (Japan corporation)
60 Fukuine Kamitakamatsu-cho
Higashiyama-ku, Kyoto, Japan

For: COIN OPERATED ELECTRONIC AND VIDEO GAMES, in CLASS 9 (U.S. Cl. 22).

First use Feb. 21, 1979; in commerce Aug. 13, 1979.

For: PLAYING CARDS, in CLASS 16 (U.S. Cl. 22).

First use Oct. 11, 1887; in commerce Oct. 11, 1935.

For: TOY EQUIPMENT SOLD AS A UNIT FOR PLAYING A GAME—NAMELY, (1) TOY AUTOMATIC PITCHING MACHINE INCLUDING PITCHING DEVICE, BALLS AND BAT, (2) TOY LIGHT EMITTING RIFLE, PROJECTOR FOR PROJECTING AN IMAGE OF A FLYING DUCK WHICH FALLS WHEN HIT BY BEAM OF LIGHT AND SCREEN, (3) TOY LIGHT EMITTING PISTOL AND DEVICE INCLUDING ANIMAL OR GUNMAN WHICH FALLS WHEN HIT BY A LIGHT BEAM, AND (4) TOY ELECTRONIC BATTERY OPERATED HAND HELD GAME AND CLOCK COMBINATION, in CLASS 28 (U.S. Cl. 22).

First use Dec. 16, 1967; in commerce Apr. 1969.

Owner of Japan Reg. No. 452,381, dated Sep. 28, 1954, expires Sep. 28, 1984.

Owner of Japan Reg. No. 1,097,289, dated Nov. 18, 1964, expires Nov. 18, 1984.

Ser. No. 271,433, filed Jul. 18, 1980.

CRAIG R. GILBERT, Primary Examiner

# United States of America

## United States Patent and Trademark Office

# NINTENDO

**Reg. No. 4,738,917**

**Registered May 19, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

FOR: ACTION FIGURE TOYS; ACTION FIGURES; ACTION FIGURES AND ACCESSORIES THEREFOR; COLLECTABLE TOY FIGURES; PLAY FIGURES; POSITIONABLE TOY FIGURES; TOY ACTION FIGURES; TOY FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-5-1989; IN COMMERCE 7-5-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,628,966, 4,067,797 AND OTHERS.

SER. NO. 86-412,039, FILED 10-1-2014.

NICHOLAS COLEMAN, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 16, 28 and 37**

**Prior U.S. Cls.: 2, 22, 27, 36, 37, 38, 50 and 103**

**Reg. No. 1,689,015**

**United States Patent and Trademark Office** **Registered May 26, 1992**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

Nintendo

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH N.E.
REDMOND, WA 98052

FOR: PRINTED MATTER; NAMELY, STICKERS, STICKER ALBUMS, NOTEBOOKS, MEMO PADS, POSTERS, PICTURE STORYBOOKS, COLOR AND ACTIVITY BOOKS, MAGNETIC SLATES, STORYBOOK AND AUDIO CASSETTE SETS SOLD AS A UNIT, MEMO BOARDS, PENS, PENCILS, PENCIL SHARPENERS, ERASERS, DECORATIVE FIGURES ATTACHABLE TO PENCILS, NOTEBOOKS, AND PENCIL BOXES WITH MAGNETIC CLOSURES, STATIONERY-TYPE PORTFOLIOS, DRAWING RULERS, TRADING CARDS, BOOK MARKS, BOOK PLATES, PAPER DECORATIONS MOUNTABLE ON DOORS, BOOK COVERS, CALENDARS, RING BINDERS, SCRAP BOOKS AND STAMP COLLECTOR BOOKS, IRON-ON TRANSFERS, GIFT WRAPPING PAPER, PAPER NAPKINS, INVITATION CARDS, PAPER TABLE COVERS, PAPER BANNERS, PAPER PARTY FAVORS, PAPER PARTY HATS, GREETING CARDS, AND GIFT BOXES, IN CLASS 16 (U.S. CLS. 2, 36, 37, 38 AND 50).

FIRST USE 7-0-1988; IN COMMERCE 7-0-1988.

FOR: GAMES AND PLAYTHINGS; NAMELY, ACTION FIGURES, PLUSH DOLLS, PUPPETS, TOY BINOCULARS, HAND-HELD PINBALL GAMES, BOARD GAMES, JIGSAW PUZZLES, TARGET SETS COMPRISED OF TARGETS AND PROJECTILES, TOY BOWLING SETS COMPOSED OF BOWLING PINS AND BOWLING BALLS, BOP BAGS, RING TOSS GAMES, BEAN BAG GAMES, NON-ELECTRONIC HAND-HELD SKILL GAMES, KITES, YO-YOS, TOY BALLOONS, DECORATIVE WIND SOCKS, CARD GAMES, TOY BANKS, ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, ELECTRONIC GAME PROGRAMS, PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY, ELECTRONIC EXERCISE MATS INTERACTIVE WITH A VIDEO DISPLAY, ELECTRONIC TOYS WITH A CLOCK OR TIMEPIECE FEATURE, VIDEO GAME CARTRIDGE STORAGE DEVICES, HOLDERS, CARRIERS, AND CARRYING CASES FOR VIDEO GAME SYSTEMS, IN CLASS 28 (U.S. CLS. 2, 22 AND 27).

FIRST USE 12-1-1980; IN COMMERCE 12-1-1980.

FOR: SERVICE AND REPAIR OF VIDEO GAME SYSTEMS, VIDEO GAME EQUIPMENT AND COMPONENTS THEREFOR, IN CLASS 37 (U.S. CL. 103).

FIRST USE 10-0-1985; IN COMMERCE 10-0-1985.

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,951,313**
**Registered May 17, 2005**

**United States Patent and Trademark Office**

## TRADEMARK
### PRINCIPAL REGISTER

# MARIO BROS.

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH AVENUE NE
REDMOND, WA 98052

FOR: CARTRIDGES FEATURING ENTERTAINMENT CONTENT, NAMELY GAMES, GAME FACTS, GAME HINTS, STORIES AND MUSIC; COMPUTER GAME CARTRIDGES; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE; ELECTRONIC GAME CARTRIDGES; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; INTERACTIVE GAME CARTRIDGES; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; MAGNETIC TRADING CARDS FEATURING GAME PROGRAM AND DATA CONTENT; VIDEO GAME CARTRIDGES; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-6-1983; IN COMMERCE 4-6-1983.

SER. NO. 78-211,530, FILED 2-6-2003.

ESTHER A. BORSUK, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# GAME BOY

**Reg. No. 4,126,556**

**Registered Apr. 10, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

FOR: DOWNLOADABLE MULTIMEDIA FILES, NAMELY, VIDEO GAMES; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-2-1989; IN COMMERCE 6-3-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,404,601, 2,550,938, AND 2,974,450.

SN 85-220,424, FILED 1-18-2011.

JANICE L. MCMORROW, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**Reg. No. 5,443,363**

**Registered Apr. 10, 2018**

**Int. Cl.: 9, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 9: Cartridges and memory cards containing puzzles, stories, and video games; Computer game programs; Computer game software; Computer programs for parental controls in the field of video games; Downloadable computer game programs; Downloadable computer game software; Downloadable computer programs; Downloadable electronic game programs; Downloadable electronic game software; Downloadable multimedia files including computer games, puzzles, stories and video games; Downloadable video game programs; Downloadable video game software; Electronic game programs; Electronic game software; Electronic video game programs; Electronic video game software; Game programs for hand held video game apparatus; Game programs for video game apparatus; Video game cartridges; Video game memory cards; Video game memory devices including cartridges and memory cards; Video game operating system software programs and utility programs; Video game programs; Video game software; Accessories for electronic video and computer game systems, namely, AC adapters, chargers, earphones, microphones, power adapters; Electronic memory devices for use with electronic video and computer game systems

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 28: Action figures; Computer game machines; Electronic game consoles; Electronic game controllers and electronic game joysticks; Electronic game controllers with an integrated video display; Electronic game machines; Electronic memory devices for use with electronic video and computer game systems; Electronic video game machines for use with a monitor or television; Fitted plastic films known as skins specially adapted for covering and protecting hand-held video game units and video game consoles; Hand-held units for playing electronic games; Hand-held units for playing video games; Fitted plastic films known as skins for covering and protecting electronic game playing apparatus, namely, video game machines and hand-held units for playing video games; Protective carrying cases and storage cases specially adapted for video game systems; Protective films specially adapted for screens for portable game machines; Video game consoles; Video game controllers; Video game joysticks; Video game machines

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 41: Organizing, arranging, and producing video game events for entertainment purposes; Providing information about video games, including video game machines, video

Director of the United States
Patent and Trademark Office

game controllers, downloadable video games, non-downloadable video games and online game services by computer networks, handheld game apparatus and video game apparatus; Providing entertainment-related blogs, information and news on video games, computer games and related products, and on the video game and computer game industries; Providing non-downloadable images and photographs by computer networks, handheld game apparatus and video game apparatus; Providing non-downloadable pictures and photographs by computer networks, hand held game apparatus and video game apparatus; Providing non-downloadable videos in the field of video games by computer networks, handheld game apparatus and video game apparatus; Providing non-downloadable video games and video game samples by computer network, handheld game apparatus and video game apparatus; Providing online games and game samples by computer network, handheld game apparatus and video game apparatus; Providing a website featuring entertainment information and video game information

FIRST USE 10-20-2016; IN COMMERCE 10-20-2016

The mark consists of a square design enclosing the terms "NINTENDO SWITCH" below two side-by-side rectangular shapes, with one rectangular shape with a circle in the upper portion and the other rectangular shape with a circle in its lower portion.

SER. NO. 87-634,031, FILED 10-04-2017

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,352,230**

**Registered Dec. 05, 2017**

**Int. Cl.: 9, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 9: Cartridges and memory cards containing puzzles, stories, and video games; Computer game programs; Computer game software; Computer programs for parental controls in the field of video games; Downloadable computer game programs; Downloadable computer game software; Downloadable computer programs; Downloadable electronic game programs; Downloadable electronic game software; Downloadable multimedia files, including, computer games, puzzles, stories and video games; Downloadable video game programs; Downloadable video game software; Electronic game programs; Electronic game software; Electronic video game programs; Electronic video game software; Game programs for hand held video game apparatus; Game programs for video game apparatus; Video game cartridges; Video game memory cards; Video game memory devices, including, cartridges and memory cards; Video game operating system software programs and utility programs; Video game programs; Video game software; Accessories for electronic video and computer game systems, namely, AC Adapters, chargers, earphones, microphones, power adapters; Electronic memory devices for use with electronic video and computer game systems

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 28: Action figures; Computer game machines; Electronic game consoles; Electronic game controllers and electronic game joysticks; Electronic game controllers with an integrated video display; Electronic game machines; Electronic memory devices for use with electronic video and computer game systems; Electronic video game machines for use with a monitor or television; Fitted plastic films known as skins specially adapted for covering and protecting hand-held video game units and video game consoles; Hand-held units for playing electronic games; Hand-held units for playing video games; Fitted plastic films known as skins for covering and protecting electronic game playing apparatus, namely, video game machines and hand-held units for playing video games; Protective carrying cases and storage cases specially adapted for video game systems; Protective films specially adapted for screens for portable game machines; Video game consoles; Video game controllers; Video game joysticks; Video game machines

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

CLASS 41: Organizing, arrangement, and producing video game events for entertainment purposes; Providing information about video games, including downloadable video games,

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

non-downloadable video games and online game services by computer networks, handheld game apparatus and video game apparatus; Providing entertainment-related blogs, information and news on video games, computer games and related products, and on the video game and computer game industries; Providing non-downloadable images and photographs by computer networks, handheld game apparatus and video game apparatus; Providing non-downloadable pictures and photographs by computer networks, hand held game apparatus and video game apparatus; Providing non-downloadable videos in the field of video games by computer networks, handheld game apparatus and video game apparatus; Providing non-downloadable video games and video game samples by computer network, handheld game apparatus and video game apparatus; Providing online games and game samples by computer network, handheld game apparatus and video game apparatus

FIRST USE 10-20-2016; IN COMMERCE 10-20-2016

SER. NO. 87-976,047, FILED 10-20-2016

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,612,467**

**Registered Nov. 20, 2018**

**Int. Cl.: 16, 38**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 16: Books regarding video games

FIRST USE 4-26-2017; IN COMMERCE 4-26-2017

CLASS 38: Communication by handheld game apparatus with liquid crystal displays; Communication by video game apparatus; Message and voice exchange via computer network communication; Providing information on communication by consumer video game apparatus; Providing information on communication by handheld game apparatus with liquid crystal displays; Providing online chat room services; Telecommunication services, namely, transmission of audio, data, and voice, by means of wireless communications networks and the Internet; Telecommunications services, namely, electronic transmission of data via wired and wireless communication devices; Wireless electronic transmission of audio, data, and voice, pertaining to video games

FIRST USE 1-12-2017; IN COMMERCE 1-12-2017

SER. NO. 87-209,609, FILED 10-20-2016

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,609,612**

**Registered Nov. 20, 2018**

**Int. Cl.: 9, 28**

**Trademark**

**Principal Register**

Nintendo Co., Ltd. (JAPAN CORPORATION)
11-1, Hokotate-cho, Kamitoba, Minami-ku
Kyoto-shi, Kyoto, JAPAN 601-8501

CLASS 9: Electronic storage media, namely, pre-recorded cartridges and memory cards storing video game programs for computers; Electronic storage media, namely, pre-recorded cartridges and memory cards storing video game programs for consumer video game machines; Electronic storage media, namely, pre-recorded cartridges and memory cards storing video game programs for arcade video game machines; Electronic storage media, namely, pre-recorded cartridges and memory cards storing video game programs for handheld game machines; Electronic storage media, namely, pre-recorded flash memory cards featuring video game programs for smart phones; Smart phone cases; Computer peripherals, namely, joysticks and computer keyboard controllers; Power supplies, cables and battery chargers for video game machines; Encoded integrated circuit cards also known as smart cards containing video game programs; Earphones for consumer video game machines; Microphones for consumer video game machines; Earphones for handheld units for playing electronic games; Microphones for handheld units for playing electronic games

CLASS 28: Consumer video game machines; Parts and accessories for consumer video game machines, namely, protective carrying cases adapted for home video game machines; Controllers and joysticks for consumer video game machines; Protective carrying cases specially adapted for controllers for consumer video game machines; Fitted plastic films known as skins for covering and protecting controllers for consumer video game machines; Arcade video game machines; Parts and accessories for arcade video game machines, namely, protective carrying cases adapted for arcade video game machines; Handheld units for playing electronic games; Parts and accessories for handheld game machines, namely, protective carrying cases and protective covers and stands; Controllers and joysticks for handheld units for playing electronic games; Fitted plastic films known as skins for covering and protecting liquid crystal displays for handheld units for playing electronic games; Video game joysticks for cellular phones; Amusement game machines and amusement game apparatus for use in amusement parks other than arcade video game machines; Toys, namely, plush toys, dolls, action figures, toy key chains, toy building blocks, collectable toy figures, party favors in the nature of small toys; Electronic machines, apparatus and their parts, namely, electronic video game machines for use with a computer monitor or television, interactive electronic game machines for use with a monitor or television

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2017-093137, FILED 07-11-2017, REG. NO. 6040475, DATED 05-11-2018, EXPIRES 05-11-2028

The mark consists of a two-dimensional design of an inner rectangle surrounded by an outer rectangular border with rounded corners. The outer border defines two smaller rectangles to

UNITED STATES PATENT AND TRADEMARK OFFICE DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

the left and right sides of the inner rectangle. The left-side rectangle features a large circle and an arrangement of four smaller circles underneath. The right-side rectangle features an arrangement of four small circles and a larger circle underneath.

SER. NO. 87-563,812, FILED 08-10-2017

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,443,367**

**Registered Apr. 10, 2018**

**Int. Cl.: 9, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 9: Electronic game programs; electronic game software; electronic video game programs; electronic video game software; game programs for video game apparatus; video game programs and video game software sold as a unit with electronic game machines, video game consoles, video game machines and video game machines for use with an external display screen or monitor

FIRST USE 8-19-1991; IN COMMERCE 8-19-1991

CLASS 28: Electronic game controllers; Electronic game controllers for video game machines; Electronic game machines; Video game consoles; Video game machines; Video game machines for use with an external display screen or monitor; Video game controllers

FIRST USE 8-19-1991; IN COMMERCE 8-19-1991

The mark consists of a generally rectangular shape with rounded ends. The left side of the shape features a cross outlined in a circle. The center of the shape features two small rounded rectangles. The right side of the shape features two diagonally positioned, rounded rectangles and two circles within each rectangle.

SER. NO. 87-636,582, FILED 10-06-2017

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,609,613**

**Registered Nov. 20, 2018**

**Int. Cl.: 9, 28**

**Trademark**

**Principal Register**

Nintendo Co., Ltd. (JAPAN CORPORATION)
11-1, Hokotate-cho, Kamitoba, Minami-ku
Kyoto-shi, Kyoto, JAPAN 601-8501

CLASS 9: Electronic machines, apparatus and their parts, namely, electronic game software; Electronic storage media, namely, pre-recorded flash memory cards featuring video game programs for computers; Electronic storage media, namely, pre-recorded cartridges, flash memory cards featuring video game programs for consumer video game machines; Electronic storage media, namely, pre-recorded flash memory cards featuring video game programs for arcade video game machines; Electronic storage media, namely, pre-recorded cartridges, flash memory cards featuring video game programs for handheld game machines; Electronic storage media, namely, pre-recorded flash memory cards featuring video game programs for smart phones; Smart phone cases; Computer peripherals, namely, joysticks and computer keyboard controllers; Power supplies, cables and battery chargers for video game machines; Encoded integrated circuit cards also known as smart cards containing video game programs; Earphones for consumer video game machines; Microphones for consumer video game machines; Earphones for handheld units for playing electronic games; Microphones for handheld units for playing electronic games

CLASS 28: Consumer video game machines; Parts and accessories for consumer video game machines, namely, protective carrying cases adapted for home video game machines; Controllers and joysticks for consumer video game machines; Protective carrying cases specially adapted for controllers for consumer video game machines; Fitted plastic films known as skins for covering and protecting controllers for consumer video game machines; Arcade video game machines; Parts and accessories for arcade video game machines; Handheld units for playing electronic games; Parts and accessories for handheld game machines, namely, protective carrying cases and protective covers and stands; Controllers and joysticks for handheld units for playing electronic games; Fitted plastic films known as skins for covering and protecting liquid crystal displays for handheld units for playing electronic games; Video game joysticks for cellular phones; Card games; Sports equipment, namely, sports balls; Toys, namely, plush toys, dolls, action figures, toy key chains, toy building blocks, collectable toy figures, party favors in the nature of small toys; Electronic machines, apparatus and their parts, namely, electronic video game machines for use with a computer monitor or television

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2017-093136, FILED 07-11-2017, REG. NO. 6040474, DATED 05-11-2018, EXPIRES 05-11-2028

Director of the United States
Patent and Trademark Office

The mark consists of a two-dimensional design of an irregular shape with a rounded upper side and generally parallel sides. The left side of the body features a cross within a circle. The right side of the body features four circles arranged in a diamond pattern with two more circles to the left of the four circles. The center of the body features a small circle with two concentric circles below the small circle.

SER. NO. 87-563,819, FILED 08-10-2017

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,338,334**

**Registered Nov. 21, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 28: Electronic game controllers; Electronic game controllers for video game machines; Video game controllers; Electronic game machines, video game consoles, video game machines, video game machines for use with an external display screen or monitor, and electronic game and video game programs and software therefor sold as a unit

FIRST USE 10-1-1985; IN COMMERCE 10-1-1985

The mark consists of an inner rectangle having an outer rectangular border. The left side of the inner rectangle features a cross. The center of the inner rectangle features stacked rounded rectangles, one of which contains two oval designs. The right side of the inner rectangle contains two squares and a circle within each square.

SER. NO. 87-246,397, FILED 11-23-2016

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office




**Reg. No. 7,967,236**

**Registered Sep. 30, 2025**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; recorded computer game software

FIRST USE 10-1-1985; IN COMMERCE 10-1-1985

The color(s) red, black and gray is/are claimed as a feature of the mark.

The mark consists of the design of an electronic game controller, comprised of a black rectangle appearing within a gray rounded rectangle. The left side of the black rectangle features a black cross outlined in gray and containing four black arrows and one black circle in the center. In the center of the black rectangle there are four gray rectangles with rounded corners, one of which rectangles contains the words "SELECT" and "START" in red text, and a fifth lighter gray rectangle which contains an outline and which contains two black oval designs. The right side of the black rectangle contains the word "NINTENDO" in red text, below which are two light gray squares with red circles within each square. Below these squares are the letters "B" and "A" in red text.

SER. NO. 99-003,037, FILED 01-16-2025

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office




**Reg. No. 5,604,523**

**Registered Nov. 13, 2018**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

Nintendo Co., Ltd. (JAPAN CORPORATION)
11-1, Hokotate-cho, Kamitoba, Minami-ku
Kyoto-shi, Kyoto, JAPAN 601-8501

CLASS 18: Clothing for domestic pets; bags and the like, namely, backpacks, messenger bags, shoulder bags, athletic bags, beach bags, book bags, carrying cases, gym bags, luggage, purses, school bags, tote bags, travel bags; pouches and the like, namely, drawstring pouches; unfitted vanity cases; umbrellas; wallets; coin purses; suitcases

CLASS 25: Clothing, namely, coats, dresses, Halloween costumes, hoodies, jackets, pullovers, t shirts, shirts, shorts, sleepwear, sweatshirts, tops, loungewear, underwear, vests; belts for clothing; footwear other than special footwear for sports; masquerade costumes; clothing for sports, namely, athletic pants, athletic shorts, athletic shirts, athletic tops, swimwear; headwear; scarves; mufflers as neck scarves

The color(s) black, gray, blue, red and yellow is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2017-110328, FILED 08-23-2017, REG. NO. 6036546, DATED 04-20-2018, EXPIRES 04-20-2028

The mark consists of a light gray rectangle with one rounded corner, and containing a light grey inner rectangle surrounded by a dark gray rectangular border with one rounded corner above the words "Nintendo GAME BOY" in blue text. The inner rectangular border features two parallel horizontal lines in red and blue at the top left corner and top right corner. The left side of the inner rectangular border features a small yellow circle. A black cross inside a gray shaded circle, the words "SELECT" and "START" in blue text beneath two grey rounded rectangles, the letters "A" and "B" in blue text beneath two red circles, and six parallel gray lines with a one perpendicular gray line beneath the red circles are featured under the inner rectangular border. At the center-bottom of the light gray rectangle is the wording "PHONES" in a gray oval. Above the inner rectangular border is a horizontal gray line with a vertical gray line on each corner. At the top-left of the light gray rectangle is the wording "OFF ON" in gray text with a gray triangle on each side, in a gray oval. Above this wording is a dark gray circle design.

SER. NO. 87-632,363, FILED 10-03-2017

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SUPER MARIO BROS.

**Reg. No. 6,681,742**

**Registered Mar. 29, 2022**

**Int. Cl.: 16, 18, 25**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 16: Office requisites, namely, binders and paper folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring pouches, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 02-18-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1614021A DATED 07-07-2021, EXPIRES 07-07-2031

SER. NO. 79-320,634, FILED 07-07-2021

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SUPER MARIO

**Reg. No. 5,027,182**

**Registered Aug. 23, 2016**

**Int. Cl.: 24, 25**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WA 98052

CLASS 24: Plastic table covers; bed sheets; bed spreads; bed blankets; blanket throws; comforters; curtains; pillow cases; place mats not of paper; towels; children's blankets

FIRST USE 00-00-2009; IN COMMERCE 00-00-2009

CLASS 25: Clothing, namely, coats, dresses, Halloween costumes, hoodies; jackets, pullovers; scarves, T-shirts, shirts, shorts, sleepwear, sweatshirts, socks, tops, loungewear, underwear, leggings, belts, footwear, headwear, swimwear, infant and toddler one piece clothing

FIRST USE 00-00-2006; IN COMMERCE 00-00-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-882,685, FILED 01-21-2016
SUSAN ANN RICHARDS, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SUPER MARIO

**Reg. No. 6,082,304**

**Registered Jun. 23, 2020**

**Int. Cl.: 14, 16, 18, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON Corporation )
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 14: Key rings comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; earrings; tie pins; medals; ornamental lapel pins; jewelry; jewellery charms; shoe jewelry; watches; clocks; watch bands

CLASS 16: Plastic or paper bags for merchandise packaging; envelopes; paper pouches for packaging; boxes of paper or cardboard; plastic film for wrapping; wrapping paper; coasters of paper; place mats of paper; table napkins of paper; towels of paper; tablecloths of paper; stationery; pens; greeting cards; note books; pencils; stickers; pen cases; rubber erasers; postcards; magazines in the field of video games; art prints; posters; calendars; guide books in the field of video games; printed computer game instruction manuals; graphic art reproductions; photograph stands; pencil sharpeners, electric or non-electric

CLASS 18: Clothing for pets; collars for animals; backpacks; school bags; rucksacks; suitcases; name card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candy; ice cream; cookies; chocolate; popcorn; chewing gum; bread; buns; sandwiches; pizzas; pies; cakes; frozen yogurt confections; pancakes; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal bars; oatmeal; corn flakes; noodles; pasta sauce

CLASS 41: Entertainment services, namely, providing online electronic games; entertainment services, namely, providing online non-downloadable pre-recorded videos featuring video games; entertainment information; providing non-downloadable on-line publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; providing on-line computer games; providing amusement arcade services; amusement park services; organization of electronic game competitions

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-05-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1469820A DATED 03-05-2019, EXPIRES 03-05-2029

SER. NO. 79-259,975, FILED 03-05-2019

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SUPER MARIO

**Reg. No. 5,059,671**

**Registered Oct. 11, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WA 98052

CLASS 28: Action figures and accessories therefor; balloons; board games; card games; Christmas tree decorations; hand-held video game machines; hand-held units for playing electronic games; video game consoles; video game machines; party favors in the nature of small toys; plush toys; protective carrying cases specially adapted for handheld video games; puzzles; toy action figures; toy key chains; piñatas; action figures having radio frequency identification (RFID) chips or tags; toy action figures utilizing radio frequency identification (RFID) chips and tags

FIRST USE 1-00-1995; IN COMMERCE 1-00-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-036,268, FILED 05-13-2016
CARYN GLASSER, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SUPER MARIO

**Reg. No. 6,805,704**

**Registered Aug. 02, 2022**

**Int. Cl.: 3, 5, 11, 20, 27**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 3: Laundry detergent; laundry soap; soap, namely, bath soap, bar soap, body wash for humans or animals; shampoos; shampoos for pets; non-medicated dentifrices; toothpaste; non-medicated mouth wash and rinse; cosmetics; bath preparations, not for medical purposes; hair spray; mascara; decorative transfers for cosmetic purposes; temporary tattoo transfers for use as cosmetics; cosmetics for children; beauty masks; perfumery; air fragrancing preparations; air fragrance reed diffusers; room fragrances; fragrance sachets; pet fragrances; false nails; false eyelashes; nail art stickers

CLASS 5: Cough syrups; cough drops; eye drops; antiseptics; first aid kits; adhesive bandages; bandages for dressings; cotton for medical purposes; babies' diapers; powdered milk for babies; nutritional supplements; vitamin supplements; food for babies

CLASS 11: Electric lights for Christmas trees; lamps; standard lamps

CLASS 20: Pillows; cushions; packaging containers of plastic; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 27: Carpets for automobiles; mats, namely, bath mats, door mats, and personal exercise mats; textile floor mats for use in the home; carpets; carpets and rugs; rugs; wall hangings, not of textile; wallpaper

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-17-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1628456A DATED 09-28-2021, EXPIRES 09-28-2031

SER. NO. 79-326,608, FILED 09-28-2021

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SUPER MARIO

**Reg. No. 6,998,579**

**Registered Mar. 14, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 28: Games, namely, promotional game cards, puzzles; card games; trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; protective carrying cases specially adapted for handheld video games; ornaments for Christmas trees, except lights, candles and confectionery

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1469820A DATED 03-05-2019, EXPIRES 03-05-2029

SER. NO. 79-352,039, FILED 08-31-2022

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SUPER MARIO

**Reg. No. 5,312,176**

**Registered Oct. 17, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 21: Cups; dishes and plates not of precious metal; drinking glasses; lunch boxes; mugs; bottles sold empty; paper plates and paper cups; lunch bags not of paper; toothbrushes; containers for household or kitchen use; Plastic coasters

FIRST USE 00-00-2006; IN COMMERCE 00-00-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-882,708, FILED 01-21-2016

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,951,313**
**Registered May 17, 2005**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

# MARIO BROS.

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH AVENUE NE
REDMOND, WA 98052

FOR: CARTRIDGES FEATURING ENTERTAINMENT CONTENT, NAMELY GAMES, GAME FACTS, GAME HINTS, STORIES AND MUSIC; COMPUTER GAME CARTRIDGES; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE; ELECTRONIC GAME CARTRIDGES; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; INTERACTIVE GAME CARTRIDGES; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; MAGNETIC TRADING CARDS FEATURING GAME PROGRAM AND DATA CONTENT; VIDEO GAME CARTRIDGES; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-6-1983; IN COMMERCE 4-6-1983.

SER. NO. 78-211,530, FILED 2-6-2003.

ESTHER A. BORSUK, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# MARIOKART

**Reg. No. 6,109,886**

**Registered Jul. 28, 2020**

**Int. Cl.: 14, 16, 18, 21, 24, 25, 28, 30, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 14: Key rings comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; earrings; tie pins; medals; ornamental lapel pins; jewelry; jewelry charms; shoe jewelry; watches; clocks; watch bands

CLASS 16: Plastic or paper bags for merchandise packaging; envelopes; paper pouches for packaging; boxes of paper or cardboard; plastic film for wrapping; wrapping paper; coasters of paper; place mats of paper; table napkins of paper; towels of paper; tablecloths of paper; stationery; pens; greeting cards; note books; pencils; stickers; pen cases; rubber erasers; postcards; magazines in the field of video games; art prints; posters; calendars; books, namely, story books, children's activity books, books in the fields of educational activity, picture books; guide books in the field of video games; computer game instruction manuals; graphic art reproductions; pictures; photograph stands; pencil sharpeners, electric or non-electric

CLASS 18: Clothing for pets; collars for animals; backpacks; school bags; rucksacks; suitcases; name card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 21: Hair brushes; combs; toothbrushes; floss for dental purposes; toothbrushes, electric; toothbrush cases; fitted vanity cases; containers for household or kitchen use; utensils for household purposes, namely, serving spoons and serving forks; mugs; cups; dishes; glass bowls; soup bowls; trays for household purposes; lunch boxes; drinking flasks; drinking bottles for sports; drinking straws; coasters, not of paper or textile; tablemats, not of paper or textile; waste paper baskets; dustbins; coin banks; soap holders

CLASS 24: Towels of textile; handkerchiefs of textile; household linen; pillowcases; covers for cushions; bed blankets; picnic blankets; children's blankets; throws; travelling rugs; table napkins of textile; tablemats of textile; flags of textile or plastic; curtains of textile or plastic; tablecloths, not of paper; coasters of textile; bed covers; wall hangings of textile; sleeping bags

CLASS 25: Clothing, namely, dresses, shorts, loungewear, infantwear, pants; tee-shirts; shirts; polo shirts; sweatshirts; parkas; jackets; raincoats; sweatpants; skirts; sweaters; pajamas; underwear; bathing suits; socks; neck scarfs; ear muffs; gloves as clothing; leggings; bibs, not of paper; hats; caps; cap peaks; belts; footwear; sports shoes; rain boots; beach shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Role playing games; toys, namely, toy vehicles, children's multiple activity toys, musical toys, toy building blocks; party favors in the nature of small toys; toy figures; plush toys; stuffed toys; dolls; portable games with liquid crystal displays; hand-held units for playing electronic games; protective films adapted for screens for portable games; video game machines; controllers for game consoles; joysticks for video games; arcade video game machines; board games; protective carrying cases specifically adapted for handheld video games and video game machines; game cards; puzzles; balloons; Christmas tree ornaments and decorations, except confectionery and electric Christmas tree lights; paper party hats

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candy; ice cream; cookies; chocolate; popcorn; chewing gum; bread; buns; sandwiches; pizzas; pies; cakes; frozen yogurt; pancakes; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal bars; oatmeal; corn flakes; noodles; breakfast cereals; pasta sauce

CLASS 32: Soft drinks; fruit juices; vegetable juices; soda pops; aerated water; mineral waters; whey beverages

CLASS 41: Entertainment services, namely, providing online electronic games; entertainment services, namely, providing non-downloadable pre-recorded videos in the field of video games; entertainment information; providing non-downloadable on-line publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; providing on-line computer games; providing amusement arcade services; amusement park services; organization of electronic game competitions

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-28-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1478203A DATED 03-27-2019, EXPIRES 03-27-2029

SER. NO. 79-263,442, FILED 03-27-2019

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MARIOKART

**Reg. No. 7,756,871**

**Registered Apr. 15, 2025**

**Int. Cl.: 3, 5, 11, 20, 27**

**Trademark**

**Principal Register**

Nintendo of America Inc. (Washington CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 3: Laundry detergent; laundry soap; soap, namely, bath soap, bar soap, body wash for humans and animals; shampoos; shampoos for pets; non-medicated dentifrices; toothpaste; non-medicated mouth wash and rinse; cosmetics; make-up palettes containing cosmetics; bath preparations, not for medical purposes; hair spray; mascara; decorative transfers for cosmetic purposes; temporary tattoo transfers for use as cosmetics; cosmetics for children; beauty masks; perfumery; air fragrancing preparations; air fragrance reed diffusers; room fragrances; fragrance sachets; pet fragrances; false nails; false eyelashes; nail art stickers

CLASS 5: Cough syrups; cough drops; eye drops; antiseptics; first aid kits; adhesive bandages; bandages for dressings; babies' diapers; powdered milk for babies; dietary and nutritional supplements; vitamin and mineral supplements; food for babies

CLASS 11: Electric lights for Christmas trees; lamps; standard lamps

CLASS 20: Pillows; cushions; packaging containers of plastic; decorations of plastic for foodstuffs; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 27: Carpets for automobiles; mats, namely, bath mats, door mats, and personal exercise mats; textile floor mats for use in the home; carpets; carpets and rugs; rugs; wall hangings, not of textile; wallpaper

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 11-14-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1774123A DATED 11-17-2023, EXPIRES 11-17-2033

SER. NO. 79-388,644, FILED 11-17-2023

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MARIO & LUIGI

**Reg. No. 6,945,315**

**Registered Jan. 10, 2023**

**Int. Cl.: 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON Corporation )
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games other than those adapted for use with an external display screen or monitor; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; providing on-line computer games; organization of electronic game competitions for entertainment purposes; providing amusement arcade services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-11-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1636625A DATED 11-05-2021, EXPIRES 11-05-2031

SER. NO. 79-330,029, FILED 11-05-2021

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BOWSER

**Reg. No. 7,369,747**

**Registered Apr. 30, 2024**

**Int. Cl.: 9, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text featuring video games; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones

CLASS 28: Portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 12-20-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1715395A DATED 01-10-2023, EXPIRES 01-10-2033

SER. NO. 79-363,737, FILED 01-10-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PRINCESS PEACH

**Reg. No. 6,669,031**

**Registered Mar. 15, 2022**

**Int. Cl.: 9, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; cases for smartphones; downloadable computer game software for use on mobile and cellular phones; recorded computer game software; downloadable image files containing artwork, text, audio, videos relating to video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring pouches, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear other than horse-riding boots and windsurfing shoes; sports shoes other than horse-riding boots and windsurfing shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, card games, promotional game cards, trading card games, puzzles, board games; toys, namely, toy balls being balls for games and toy balls being play balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games other than those adapted for use with an external display screen or monitor; arcade video game machines; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games; sports equipment, namely, sports balls, snowboards, skateboards, badminton sets, swimming rings, water slides

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1579138A DATED 11-24-2020, EXPIRES 11-24-2030

SER. NO. 79-305,798, FILED 11-24-2020

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# YOSHI

**Reg. No. 7,089,029**

**Registered Jun. 27, 2023**

**Int. Cl.: 9, 16, 18, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond
Washington, UNITED STATES 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; earphones

CLASS 16: Office requisites, namely, office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 28: Games, namely, promotional game cards, puzzles; card games; trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

via a global computer network; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; providing on-line computer games; organization of electronic sports competitions; providing amusement arcade services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-22-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1666057A DATED 03-18-2022, EXPIRES 03-18-2032

SER. NO. 79-342,463, FILED 03-18-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

SUPER MARIO

**Reg. No. 7,070,501**

**Registered Jun. 06, 2023**

**Int. Cl.: 9, 14, 16, 18, 24, 25, 28, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON Corporation )
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos relating to video games; downloadable music files; downloadable electronic publications, namely, fiction stories, booklets, manuals and newsletters in the field of video games; headphones; earphones; batteries

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings (jewelry); medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, binders and folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; notebooks; pen cases; paint boxes for use in schools; writing implements; pens; pencils; pen cases; rubber erasers; pencil sharpeners, electric or non-electric; postcards; greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; books in the field of children's entertainment, fiction stories, and video games; comic books; posters; paintings; photograph stands; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring pouches, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 24: Fabrics for textile use; adhesive fabric for application by heat; towels of textile; handkerchiefs of textile; quilts; children's blankets; bed blankets; picnic blankets; throws; fleece blankets; travelling rugs; lap robes; covers for cushions;

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

pillowcases; bed linen; tablemats of textile; table napkins of textile; place mats of textile; coasters of textile; flags of textile or plastic; banners of textile or plastic; blankets for household pets; wall hangings of textile; unfitted fabric furniture covers; bed covers; curtains of textile or plastic; household linen; sleeping bags

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candies; ice cream; cookies; chocolate; popcorn; chewing gum; bread and buns; sandwiches; pizzas; pies; cakes; pancakes; frozen yogurt; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal preparations, namely, oatmeal, corn flakes, breakfast cereals, cereal-based snack foods, and cereal bars; noodles; pasta; pasta sauce; rice

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; organization and arrangement of video game events for entertainment purposes; organization and arrangement of entertainment shows and events; providing on-line computer games; organization of electronic game competitions for entertainment purposes; providing amusement arcade services

PRIORITY DATE OF 02-18-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1594401A DATED 03-10-2021, EXPIRES 03-10-2031

SER. NO. 79-312,295, FILED 03-10-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,691,609**

**Registered Feb. 18, 2025**

**Int. Cl.: 16, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 16: Office requisites, namely office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; handkerchiefs of paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely calendars, children's activity books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, jigsaw puzzles, puzzle board games, manipulative puzzles, mosaic puzzles; card games; trading card games; toys, namely toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video

Acting Director of the United States Patent and Trademark Office

games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; party balloons; protective carrying cases specially adapted for handheld video game

The mark consists of a red stylized "M" depicted within a white circle, both of which are positioned within a red square.

PRIORITY DATE OF 04-23-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1801943A DATED 05-13-2024, EXPIRES 05-13-2034

SER. NO. 79-400,966, FILED 05-13-2024

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,070,832**

**Registered Jun. 06, 2023**

**Int. Cl.: 9, 14, 16, 18, 20, 21, 24, 25, 28, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings being jewelry; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 20: Pillows; cushions; packaging containers of plastic; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 21: Floss for dental purposes; hair brushes; combs; brushes for washing up; toothbrushes; fitted vanity cases; cosmetic utensils, namely, cosmetic brushes; containers for household or kitchen use; drinking flasks; glass bowls; soup bowls; utensils for kitchen and cleaning purposes, namely, serving spoons, serving forks, and chopsticks; mugs; cups; dishes; plates; paper plates; cookie jars; lunch boxes; drinking bottles for sports; drinking straws; coasters, not of paper or textile; place mats of plastic; tablemats, not of paper or textile; trays for household purposes; waste baskets; coin banks; soap holders; dishes for soap

CLASS 24: Fabrics for textile use; adhesive fabric for application by heat; towels of textile; handkerchiefs of textile; quilts; children's blankets; bed blankets; picnic blankets; throws; fleece blankets; travelling rugs; lap robes; covers for cushions; pillowcases; bed linen; tablemats of textile; table napkins of textile; place mats of textile; coasters of textile; flags of textile or plastic; banners of textile or plastic; blankets for household pets; wall hangings of textile; unfitted fabric furniture covers; bed covers; curtains of textile or plastic; household linen; sleeping bags

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, puzzles; card games; trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candies; ice cream; cookies; chocolate; popcorn; chewing gum; bread and buns; sandwiches; pizzas; pies; cakes; pancakes; frozen yogurt; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal preparations, namely, oatmeal, corn flakes, breakfast cereals, and cereal bars; cereal-based snack foods; noodles; pasta; pasta sauce; rice

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; providing on-line computer games;

organization of electronic sports competitions; organization and arrangement of entertainment shows and events; providing amusement arcade services

The mark consists of a male figure with a mustache that is in a jumping posture and wearing overalls, shoes, gloves, and a hat with a stylized "M".

PRIORITY DATE OF 07-15-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1695515A DATED 07-29-2022, EXPIRES 07-29-2032

SER. NO. 79-355,066, FILED 07-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 3,478,869**
**Registered Aug. 5, 2008**

**United States Patent and Trademark Office**

# TRADEMARK
## PRINCIPAL REGISTER




NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: ACTION TYPE TARGET GAMES; ARTICULATED AND NON-ARTICULATED DOLLS; BATH TOYS; BOARD GAMES; CARD GAMES; CARRYING CASES FOR HAND-HELD VIDEO GAME SYSTEMS; CHILDREN'S PLAY COSMETICS; CHRISTMAS TREE ORNAMENTS; COLLECTABLE TOY FIGURES; COSTUME MASKS; ELECTRONIC GAME EQUIPMENT WITH A WATCH FUNCTION; CARD GAMES; FLOATING RECREATIONAL LOUNGE CHAIRS; FLYING DISCS; GOLF BALLS; HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; INFLATABLE FLOAT CUSHIONS, MATTRESSES AND PADS FOR RECREATIONAL USE; INFLATABLE TOYS; IN-LINE SKATES; JIGSAW PUZZLES; JUMP ROPES; KITES; MANIPULATIVE GAMES; MANIPULATIVE PUZZLES; MUSIC BOX TOYS; MUSICAL TOYS; PAPER DOLLS; PARLOR GAMES; PARTY FAVORS IN THE NATURE OF SMALL TOYS; PLAY FIGURES; PLAYING CARD CASES; PLAYING CARDS; PLUSH DOLLS; PLUSH TOYS; POSITIONABLE TOY FIGURES; PULL TOYS; PUNCHING TOYS; PUPPETS; PUSH TOYS; RIDE-ON TOYS; ROLE PLAYING GAMES; ROLLER SKATES; RUBBER ACTION BALLS; RUBBER CHARACTER TOYS; SKATEBOARDS; SNOW BOARDS; SNOW SKIS; SPINNING TOPS; SPORTS BALLS; STUFFED TOYS; SWIMMING AIDS, NAMELY, POOL RINGS AND ARM FLOATS FOR RECREATIONAL USE; TOY ACTION BALLS; TOY ACTION FIGURES; TOY BALLOONS; TOY BANKS; TOY BINOCULARS; TOY BUILDING BLOCKS; TOY CAP PISTOLS; TOY CLOCKS AND WATCHES; TOY CONSTRUCTION PLAYSETS; TOY KEY CHAINS WITH AND WITHOUT SOUND DEVICE; TOY MOBILES; TOY MUSICAL INSTRUMENTS; TOY PUNCHING BAGS; TOY TEA SETS; TOY WHISTLES; TOYS FOR PETS; TRADING CARD GAMES; WATER SQUIRTING TOYS; WIND-UP TOYS; YO-YOS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2006-119736, FILED 12-26-2006, REG. NO. 508766, DATED 11-2-2007, EXPIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEARING COVERALLS. THE MARK IS BLACK AND WHITE AND DOES NOT CONTAIN COLOR.

SER. NO. 77-158,353, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,535,929**

**United States Patent and Trademark Office** **Registered Nov. 25, 2008**

## TRADEMARK
### PRINCIPAL REGISTER




NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: BABY BACKPACKS; BAGS, NAMELY, ALL-PURPOSE SPORTS BAGS, ATHLETIC BAGS, BACKPACKS, BEACH BAGS, BOOK BAGS, BOSTON BAGS, CARRY-ON BAGS, COSMETIC BAGS SOLD EMPTY, DIAPER BAGS, DUFFEL BAGS, FANNY PACKS, GARMENT BAGS FOR TRAVEL, GYM BAGS, HANDBAGS, LEATHER BAGS FOR MERCHANDISE PACKAGING, LUGGAGE, MESH SHOPPING BAGS, OVERNIGHT BAGS, PURSES, SATCHELS, SCHOOL BAGS, SHOE BAGS FOR TRAVEL, SHOULDER BAGS, SUITCASES, TOTE BAGS, TRAVEL BAGS AND WAIST PACKS; BILLFOLDS; CLOTHING FOR ANIMALS; COLLARS FOR ANIMALS; KEY CASES; LEASHES FOR ANIMALS; CHAMOIS LEATHER, NOT FOR CLEANING PURPOSES; PARASOLS; POUCHES, NAMELY, DRAWSTRING POUCHES, NAME CARD CASES, WALLETS; UMBRELLAS AND THEIR PARTS; WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2006-119736, FILED 12-26-2006, REG. NO. 5088766, DATED 11-2-2007, EXPIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEARING COVERALLS. THE MARK IS BLACK AND WHITE AND DOES NOT CONTAIN COLOR.

SER. NO. 77-158,319, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,434,335**

**United States Patent and Trademark Office** **Registered May 27, 2008**

# TRADEMARK
## PRINCIPAL REGISTER




NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: CLOTHING, NAMELY, BANDANAS; BEACH WEAR; BED JACKETS; BELTS; BOOTS; CAPS; COATS; EAR MUFFS; FOOTWEAR; GLOVES; HALLOWEEN COSTUMES; HATS; HEADWEAR; INFANT WEAR; JACKETS; JERSEYS; MASQUERADE COSTUMES; MITTENS; MUFFLERS; NECK WEAR; NIGHTGOWNS; NIGHTSHIRTS; OVERALLS; PAJAMAS; PANTS; PARKAS; PONCHOS; RAINCOATS; RAINWEAR; ROBES; SANDALS; SCARVES; SHIRTS; SHOES; SHORTS; SLEEPWEAR; SLIPPERS; SMOCKS; SOCKS; STOCKINGS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; SWIMSUITS; SWIMWEAR; T-SHIRTS; TIGHTS; TOPS; TROUSERS; UNDERWEAR; VESTS; VISORS; WARM-UP SUITS; WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2006-119736, FILED 12-26-2006.

OWNER OF JAPAN REG. NO. 5088766, DATED 11-2-2007, EXPIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEARING COVERALLS.

SER. NO. 77-158,333, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 3,456,462**

**United States Patent and Trademark Office**

**Registered July 1, 2008**

# TRADEMARK
## PRINCIPAL REGISTER




NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: PRINTED MATTER AND PUBLICATIONS, NAMELY, ADDRESS BOOKS; ARTISTS' BRUSHES; ARTISTS' PASTELS; ARTS AND CRAFTS PAINT KITS; BOOK COVERS; BOOKMARKS; BOOKPLATES; CALENDARS; CARDBOARD GIFT BOXES; CHILDREN'S BOOKS; COLORING AND ACTIVITY BOOKS; COMIC BOOKS; CRAYONS; DRAWING RULERS; DRY ERASE WRITING BOARDS; ERASERS; FELT-TIP MARKERS; GIFT WRAPPING PAPER; GREETING CARDS; INVITATION CARDS; MAGAZINES, BOOKS, BOOKLETS AND MANUALS REGARDING VIDEO GAMES; MAGNETIC SLATE BOARDS FOR WRITING; MEMO BOARDS; MEMO PADS; NEWSPAPER CARTOONS; NOTEBOOKS; NOTEPADS; PAINTING SETS FOR ARTISTS; PAINTING SETS FOR CHILDREN; PAPER BANNERS; PAPER NAPKINS; PAPER PLACEMATS; PAPER TABLE COVERS; PAPER STAPLERS; PAPERBACK BOOKS FOR CHILDREN; PENCIL BOXES WITH MAGNETIC CLOSURES; PENCIL SHARPENERS; PENCILS; PENS; PICTURE STORYBOOKS; POSTCARDS; POSTERS; RING BINDERS; RUBBER STAMPS; SCORE BOOKS; SCRAPBOOKS AND STAMP COLLECTOR BOOKS; STAPLERS IN THE NATURE OF OFFICE REQUISITES; STATIONERY, STATIONERY-TYPE PORTFOLIOS; STICKER ALBUMS; STICKERS; TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

OWNER OF JAPAN REG. NO. 5088766, DATED 11-2-2007, EXPIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEARING COVERALLS. THE MARK IS BLACK AND WHITE AND DOES NOT CONTAIN COLOR.

SER. NO. 77-158,301, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,700,060**

**Registered Feb. 25, 2025**

**Int. Cl.: 16, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (JAPAN CORPORATION)
4600 150th Avenue Ne
Redmond Wa 98052
UNITED STATES OF AMERICA

CLASS 16: Office requisites, namely office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; handkerchiefs of paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely calendars, children's activity books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, jigsaw puzzles, puzzle board games, manipulative puzzles, mosaic puzzles; card games; trading card games; toys, namely toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games;

Acting Director of the United States Patent and Trademark Office

video game machines; controllers for game consoles; hand-held units for playing video games; arcade video game machines; board games; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games; playing cards

The mark consists of a green stylized "L" depicted within a white circle, both of which are positioned within a green square.

PRIORITY DATE OF 04-23-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1803215A DATED 05-29-2024, EXPIRES 05-29-2034

SER. NO. 79-401,641, FILED 05-29-2024

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,296,330**

**Registered Feb. 06, 2024**

**Int. Cl.: 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
Redmond WA 98052
4600 150th Avenue NE
UNITED STATES

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards and puzzles, namely, jigsaw puzzles, puzzle board games, manipulative puzzles and mosaic puzzles; card games; trading card games; toys, namely, toy balls, toys with key rings, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a standing man with a mustache that is wearing shoes, gloves, overalls, and a hat featuring an "L" within a circle.

PRIORITY DATE OF 11-16-2022 IS CLAIMED

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1718656A DATED 11-29-2022, EXPIRES 11-29-2032

SER. NO. 79-365,164, FILED 11-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,296,331**

**Registered Feb. 06, 2024**

**Int. Cl.: 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
Redmond WA 98052
4600 150th Avenue NE
UNITED STATES

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards and puzzles, namely, jigsaw puzzles, puzzle board games, manipulative puzzles and mosaic puzzles; card games; trading card games; toys, namely, toy balls, toys with key rings, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a fanciful reptilian creature that is upright on two legs. The creature has two horns and hair on its head, a spiked tail, a striped belly, and a spiked shell on its back. The creature is wearing spiked bands around its wrists and arms.

PRIORITY DATE OF 11-16-2022 IS CLAIMED

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1718657A DATED 11-29-2022, EXPIRES 11-29-2032

SER. NO. 79-365,165, FILED 11-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,296,329**

**Registered Feb. 06, 2024**

**Int. Cl.: 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
Redmond WA 98052
4600 150th Avenue NE
UNITED STATES

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards and puzzles, namely, jigsaw puzzles, puzzle board games, manipulative puzzles and mosaic puzzles; card games; trading card games; toys, namely, toy balls, toys with key rings, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a standing princess with long hair that is wearing a dress, a crown, earrings, and gloves.

PRIORITY DATE OF 11-16-2022 IS CLAIMED

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1718655A DATED 11-29-2022, EXPIRES 11-29-2032

SER. NO. 79-365,163, FILED 11-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,592,776**

**Registered Dec. 10, 2024**

**Int. Cl.: 3, 9, 14, 16, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 3: Cosmetics; make-up palettes containing cosmetics; bath preparations, not for medical purposes; nail art stickers; soap, namely bath soap, bar soap; shampoos; non-medicated dentifrices; toothpaste

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones; cases for earphones; cases for headphones

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; necklaces; bracelets; earrings; tie pins; rings being jewelry; watches; clocks; shoe jewelry

CLASS 16: Stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; printed matter, namely calendars, children's activities books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; photograph stands being desktop photo display easels; table napkins of paper; tablecloths of paper; paper; office requisites, namely office binders and file folders

CLASS 18: Bags, namely book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases;

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

credit card cases; purses; wallets; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas; clothing for pets

CLASS 25: Clothing, namely polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear other than horse-riding boots and windsurfing shoes; footwear, namely, athletic footwear, casual footwear, children's footwear, exercise footwear, infant footwear, rain footwear; masquerade costumes; Halloween costumes; sandals; slippers

CLASS 28: Games, namely, promotional game cards, jigsaw puzzles, puzzle board games, manipulative puzzles, mosaic puzzles; card games; trading card games; toys, namely toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; party balloons; protective carrying cases specially adapted for handheld video games

The mark consists of a stylized yellow crown with an orange outline that features blue ovals on the left and right edges of the crown, a red circle in the center of the crown, and two orange horizontal lines that connect each blue oval to the red circle.

PRIORITY DATE OF 12-06-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1780208A DATED 12-21-2023, EXPIRES 12-21-2033

SER. NO. 79-391,316, FILED 12-21-2023

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,966,188**

**Registered Jan. 31, 2023**

**Int. Cl.: 9, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos relating to video games; downloadable music files; downloadable electronic publications, namely, fiction stories, booklets, manuals and newsletters in the field of video games; headphones; earphones; batteries

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; halloween costumes

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games other than those adapted for use with an external display

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

screen or monitor; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a fanciful reptilian creature that is upright on two legs. The creature is wearing shoes on its feet and has a shell on its back, a short tail, and features three fins on the back of its head.

PRIORITY DATE OF 11-04-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1642608A DATED 11-16-2021, EXPIRES 11-16-2031

SER. NO. 79-332,672, FILED 11-16-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,756,909**

**Registered Apr. 15, 2025**

**Int. Cl.: 9, 14, 16, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones; cases for earphones; cases for headphones

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings being jewelry; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely calendars, children's activities books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands in the nature of desktop photo display easels; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage

Acting Director of the United States Patent and Trademark Office

tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, jigsaw puzzles, puzzle board games, manipulative puzzles, mosaic puzzles; card games; trading card games; toys, namely toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; party balloons; protective carrying cases specially adapted for handheld video games

"The mark consists of a fanciful egg containing circular markings."

PRIORITY DATE OF 12-06-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1778648A DATED 12-21-2023, EXPIRES 12-21-2033

SER. NO. 79-390,625, FILED 12-21-2023

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,334,132**

**Registered Mar. 26, 2024**

**Int. Cl.: 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
Redmond WA 98052
4600 150th Avenue NE
UNITED STATES

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards; puzzles, namely, jigsaw puzzles, puzzle board games, manipulative puzzles, and mosaic puzzles; card games; trading card games; toys, namely, toy balls, toys with key rings, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a fanciful humanoid character with a mushroom top waving with the left hand.

PRIORITY DATE OF 11-16-2022 IS CLAIMED

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1718658A DATED 11-29-2022, EXPIRES 11-29-2032

SER. NO. 79-365,166, FILED 11-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,220,718**

**Registered Nov. 21, 2023**

**Int. Cl.: 9, 14, 16, 18, 20, 21, 24, 25, 28, 30**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings being jewelry; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

CLASS 20: Pillows; cushions; packaging containers of plastic; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 21: Floss for dental purposes; hair brushes; combs; brushes for washing up; toothbrushes; fitted vanity cases; cosmetic utensils, namely, cosmetic brushes; containers for household or kitchen use; drinking flasks; glass bowls; soup bowls; utensils for kitchen and cleaning purposes, namely, serving spoons, serving forks, and chopsticks; mugs; cups; dishes; plates; paper plates; cookie jars; lunch boxes; drinking bottles for sports; drinking straws; coasters, not of paper or textile; place mats of plastic; tablemats, not of paper or textile; trays for household purposes; waste baskets; coin banks; soap holders; dishes for soap

CLASS 24: Fabrics for textile use; adhesive fabric for application by heat; towels of textile; handkerchiefs of textile; quilts; children's blankets; bed blankets; picnic blankets; throws; blanket throws; travelling rugs; lap blankets; covers for cushions; pillowcases; bed linen; tablemats of textile; table napkins of textile; place mats of textile; coasters of textile; flags of textile or plastic; banners of textile or plastic; blankets for household pets; wall hangings of textile; unfitted fabric furniture covers; bed covers; curtains of textile or plastic; household linen; sleeping bags

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, puzzles; card games; trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candies; ice cream; cookies; chocolate; popcorn; chewing gum; bread and buns; sandwiches; pizzas; pies; cakes; pancakes; frozen yogurt; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal preparations, namely, oatmeal, corn flakes, breakfast cereals, and cereal bars; cereal-based snack foods; noodles; pasta; pasta sauce; rice

The color(s) red, white, black, and tan is/are claimed as a feature of the mark.

The mark consists of a fanciful mushroom with a thick black outer border and featuring a red cap with a white circle in the middle and a partially-visible white circle at both the left and right sides of the cap, and a tan stem with black and white eyes.

PRIORITY DATE OF 08-09-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1700827A DATED 09-30-2022, EXPIRES 09-30-2032

SER. NO. 79-357,289, FILED 09-30-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,583,228**

**Registered Dec. 03, 2024**

**Int. Cl.: 9, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones; cases for earphones; cases for headphones

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, jigsaw puzzles, puzzle board games, manipulative puzzles, mosaic puzzles; card games; trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; party balloons; protective carrying cases specially adapted for handheld video games

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

The mark consists of a fanciful squid character.

PRIORITY DATE OF 01-29-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1785548A DATED 02-09-2024, EXPIRES 02-09-2034

SER. NO. 79-393,795, FILED 02-09-2024

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**Reg. No. 7,764,582**

**Registered Apr. 22, 2025**

**Int. Cl.: 9, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (Washington CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones; cases for earphones; cases for headphones

CLASS 28: Games, namely, promotional game cards, jigsaw puzzles, puzzle board games, manipulative puzzles, mosaic puzzles; card games; trading card games; toys, namely toy balls being balls for games, toy key chains being stuffed toys, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; party balloons; protective carrying cases specially adapted for handheld video games

The mark consists of an intricate crest design. At the top center of the design is a large triangle comprised of four smaller triangles. The three triangles comprising the base of the large triangle contain multiple circle designs, while the one triangle comprising the top position of the large triangle contains three wavy lines. The large triangle features

Acting Director of the United States Patent and Trademark Office

twenty-one small triangles arranged on both its left side and its right side, and two curling lines positioned at its bottom. Surrounding the large triangle on the left, bottom, and right sides is a design resembling a bird with spread wings, with four stylized feathers featured on both the left and right sides of the crest design. At the bottom of the crest design is the stylized body and tail feather of a bird, surrounded on the left and the right sides by stylized talons.

PRIORITY DATE OF 02-26-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1795343A DATED 03-07-2024, EXPIRES 03-07-2034

SER. NO. 79-398,073, FILED 03-07-2024

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.