# Exhibit 1

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 3,478,869**

**United States Patent and Trademark Office** **Registered Aug. 5, 2008**

# TRADEMARK
## PRINCIPAL REGISTER




NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: ACTION TYPE TARGET GAMES; ARTICULATED AND NON-ARTICULATED DOLLS; BATH TOYS; BOARD GAMES; CARD GAMES; CARRYING CASES FOR HAND-HELD VIDEO GAME SYSTEMS; CHILDREN'S PLAY COSMETICS; CHRISTMAS TREE ORNAMENTS; COLLECTABLE TOY FIGURES; COSTUME MASKS; ELECTRONIC GAME EQUIPMENT WITH A WATCH FUNCTION; CARD GAMES; FLOATING RECREATIONAL LOUNGE CHAIRS; FLYING DISCS; GOLF BALLS; HAND-HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; INFLATABLE FLOAT CUSHIONS, MATTRESSES AND PADS FOR RECREATIONAL USE; INFLATABLE TOYS; IN-LINE SKATES; JIGSAW PUZZLES; JUMP ROPES; KITES; MANIPULATIVE GAMES; MANIPULATIVE PUZZLES; MUSIC BOX TOYS; MUSICAL TOYS; PAPER DOLLS; PARLOR GAMES; PARTY FAVORS IN THE NATURE OF SMALL TOYS; PLAY FIGURES; PLAYING CARD CASES; PLAYING CARDS; PLUSH DOLLS; PLUSH TOYS; POSITIONABLE TOY FIGURES; PULL TOYS; PUNCHING TOYS; PUPPETS; PUSH TOYS; RIDE-ON TOYS; ROLE PLAYING GAMES; ROLLER SKATES; RUBBER ACTION BALLS; RUBBER CHARACTER TOYS; SKATEBOARDS; SNOW BOARDS; SNOW SKIS; SPINNING TOPS; SPORTS BALLS; STUFFED TOYS; SWIMMING AIDS, NAMELY, POOL RINGS AND ARM FLOATS FOR RECREATIONAL USE; TOY ACTION BALLS; TOY ACTION FIGURES; TOY BALLOONS; TOY BANKS; TOY BINOCULARS; TOY BUILDING BLOCKS; TOY CAP PISTOLS; TOY CLOCKS AND WATCHES; TOY CONSTRUCTION PLAYSETS; TOY KEY CHAINS WITH AND WITHOUT SOUND DEVICE; TOY MOBILES; TOY MUSICAL INSTRUMENTS; TOY PUNCHING BAGS; TOY TEA SETS; TOY WHISTLES; TOYS FOR PETS; TRADING CARD GAMES; WATER SQUIRTING TOYS; WIND-UP TOYS; YO-YOS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2006-119736, FILED 12-26-2006, REG. NO. 508766, DATED 11-2-2007, EXPIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEARING COVERALLS. THE MARK IS BLACK AND WHITE AND DOES NOT CONTAIN COLOR.

SER. NO. 77-158,353, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,535,929**

**United States Patent and Trademark Office** **Registered Nov. 25, 2008**

# TRADEMARK
## PRINCIPAL REGISTER



NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: BABY BACKPACKS; BAGS, NAMELY, ALL-PURPOSE SPORTS BAGS, ATHLETIC BAGS, BACK-PACKS, BEACH BAGS, BOOK BAGS, BOSTON BAGS, CARRY-ON BAGS, COSMETIC BAGS SOLD EMPTY, DIAPER BAGS, DUFFEL BAGS, FANNY PACKS, GARMENT BAGS FOR TRAVEL, GYM BAGS, HANDBAGS, LEATHER BAGS FOR MER-CHANDISE PACKAGING, LUGGAGE, MESH SHOPPING BAGS, OVERNIGHT BAGS, PURSES, SATCHELS, SCHOOL BAGS, SHOE BAGS FOR TRAVEL, SHOULDER BAGS, SUITCASES, TOTE BAGS, TRAVEL BAGS AND WAIST PACKS; BILL-FOLDS; CLOTHING FOR ANIMALS; COLLARS FOR ANIMALS; KEY CASES; LEASHES FOR ANI-MALS; CHAMOIS LEATHER, NOT FOR CLEANING PURPOSES; PARASOLS; POUCHES, NAMELY, DRAWSTRING POUCHES, NAME CARD CASES, WALLETS; UMBRELLAS AND THEIR PARTS; WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2006-119736, FILED 12-26-2006, REG. NO. 5088766, DATED 11-2-2007, EX-PIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEAR-ING COVERALLS. THE MARK IS BLACK AND WHITE AND DOES NOT CONTAIN COLOR.

SER. NO. 77-158,319, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,434,335**

# United States Patent and Trademark Office

**Registered May 27, 2008**

## TRADEMARK
## PRINCIPAL REGISTER




NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: CLOTHING, NAMELY, BANDANAS; BEACH WEAR; BED JACKETS; BELTS; BOOTS; CAPS; COATS; EAR MUFFS; FOOTWEAR; GLOVES; HALLOWEEN COSTUMES; HATS; HEADWEAR; INFANT WEAR; JACKETS; JERSEYS; MASQUERADE COSTUMES; MITTENS; MUFFLERS; NECK WEAR; NIGHTGOWNS; NIGHTSHIRTS; OVERALLS; PAJAMAS; PANTS; PARKAS; PONCHOS; RAINCOATS; RAINWEAR; ROBES; SANDALS; SCARVES; SHIRTS; SHOES; SHORTS; SLEEPWEAR; SLIPPERS; SMOCKS; SOCKS; STOCKINGS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; SWIMSUITS; SWIMWEAR; T-SHIRTS; TIGHTS; TOPS; TROUSERS; UNDERWEAR; VESTS; VISORS; WARM-UP SUITS; WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2006-119736, FILED 12-26-2006.

OWNER OF JAPAN REG. NO. 5088766, DATED 11-2-2007, EXPIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEARING COVERALLS.

SER. NO. 77-158,333, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 3,456,462**

**United States Patent and Trademark Office**

**Registered July 1, 2008**

# TRADEMARK
## PRINCIPAL REGISTER




NINTENDO CO., LTD. (JAPAN CORPORATION)
11-1 HOKOTATE-CHO KAMITOBA, MINAMI-KU
KYOTO-SHI, KYOTO, JAPAN 601-8501

FOR: PRINTED MATTER AND PUBLICATIONS, NAMELY, ADDRESS BOOKS; ARTISTS' BRUSHES; ARTISTS' PASTELS; ARTS AND CRAFTS PAINT KITS; BOOK COVERS; BOOKMARKS; BOOK-PLATES; CALENDARS; CARDBOARD GIFT BOXES; CHILDREN'S BOOKS; COLORING AND ACTIVITY BOOKS; COMIC BOOKS; CRAYONS; DRAWING RULERS; DRY ERASE WRITING BOARDS; ERASERS; FELT-TIP MARKERS; GIFT WRAPPING PAPER; GREETING CARDS; INVITATION CARDS; MAGAZINES, BOOKS, BOOKLETS AND MANUALS REGARDING VIDEO GAMES; MAGNETIC SLATE BOARDS FOR WRITING; MEMO BOARDS; MEMO PADS; NEWSPAPER CARTOONS; NOTEBOOKS; NOTEPADS; PAINTING SETS FOR ARTISTS; PAINTING SETS FOR CHILDREN; PAPER BANNERS; PAPER NAPKINS; PAPER PLACEMATS; PAPER TABLE COVERS; PAPER STAPLERS; PAPERBACK BOOKS FOR CHILDREN; PENCIL BOXES WITH MAGNETIC CLOSURES; PENCIL SHARPENERS; PENCILS; PENS; PICTURE STORYBOOKS; POSTCARDS; POSTERS; RING BINDERS; RUBBER STAMPS; SCORE BOOKS; SCRAP-BOOKS AND STAMP COLLECTOR BOOKS; STAPLERS IN THE NATURE OF OFFICE REQUISITES; STATIONERY, STATIONERY-TYPE PORTFOLIOS; STICKER ALBUMS; STICKERS; TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

OWNER OF JAPAN REG. NO. 5088766, DATED 11-2-2007, EXPIRES 11-2-2017.

THE MARK CONSISTS OF A FRONT VIEW DEPICTION OF A MAN STANDING UP WITH ARMS STRETCHED OUT TO THE SIDES. THE MAN IS DEPICTED WEARING A HAT, THE HAT BEARING THE LETTER "M", AND ALSO WEARING COVERALLS. THE MARK IS BLACK AND WHITE AND DOES NOT CONTAIN COLOR.

SER. NO. 77-158,301, FILED 4-17-2007.

JILL C. ALT, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,966,188**

**Registered Jan. 31, 2023**

**Int. Cl.: 9, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos relating to video games; downloadable music files; downloadable electronic publications, namely, fiction stories, booklets, manuals and newsletters in the field of video games; headphones; earphones; batteries

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; halloween costumes

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games other than those adapted for use with an external display

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

screen or monitor; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a fanciful reptilian creature that is upright on two legs. The creature is wearing shoes on its feet and has a shell on its back, a short tail, and features three fins on the back of its head.

PRIORITY DATE OF 11-04-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1642608A DATED 11-16-2021, EXPIRES 11-16-2031

SER. NO. 79-332,672, FILED 11-16-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,070,832**

**Registered Jun. 06, 2023**

**Int. Cl.: 9, 14, 16, 18, 20, 21, 24, 25, 28, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond WA 98052
UNITED STATES

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos featuring video games; downloadable music files; downloadable electronic publications, namely, e-books featuring fiction stories, booklets, manuals and newsletters in the field of video games; headsets; earphones

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings being jewelry; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 20: Pillows; cushions; packaging containers of plastic; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 21: Floss for dental purposes; hair brushes; combs; brushes for washing up; toothbrushes; fitted vanity cases; cosmetic utensils, namely, cosmetic brushes; containers for household or kitchen use; drinking flasks; glass bowls; soup bowls; utensils for kitchen and cleaning purposes, namely, serving spoons, serving forks, and chopsticks; mugs; cups; dishes; plates; paper plates; cookie jars; lunch boxes; drinking bottles for sports; drinking straws; coasters, not of paper or textile; place mats of plastic; tablemats, not of paper or textile; trays for household purposes; waste baskets; coin banks; soap holders; dishes for soap

CLASS 24: Fabrics for textile use; adhesive fabric for application by heat; towels of textile; handkerchiefs of textile; quilts; children's blankets; bed blankets; picnic blankets; throws; fleece blankets; travelling rugs; lap robes; covers for cushions; pillowcases; bed linen; tablemats of textile; table napkins of textile; place mats of textile; coasters of textile; flags of textile or plastic; banners of textile or plastic; blankets for household pets; wall hangings of textile; unfitted fabric furniture covers; bed covers; curtains of textile or plastic; household linen; sleeping bags

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, puzzles; card games; trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candies; ice cream; cookies; chocolate; popcorn; chewing gum; bread and buns; sandwiches; pizzas; pies; cakes; pancakes; frozen yogurt; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal preparations, namely, oatmeal, corn flakes, breakfast cereals, and cereal bars; cereal-based snack foods; noodles; pasta; pasta sauce; rice

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; providing on-line computer games;

organization of electronic sports competitions; organization and arrangement of entertainment shows and events; providing amusement arcade services

The mark consists of a male figure with a mustache that is in a jumping posture and wearing overalls, shoes, gloves, and a hat with a stylized "M".

PRIORITY DATE OF 07-15-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1695515A DATED 07-29-2022, EXPIRES 07-29-2032

SER. NO. 79-355,066, FILED 07-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,296,329**

**Registered Feb. 06, 2024**

**Int. Cl.: 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
Redmond WA 98052
4600 150th Avenue NE
UNITED STATES

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards and puzzles, namely, jigsaw puzzles, puzzle board games, manipulative puzzles and mosaic puzzles; card games; trading card games; toys, namely, toy balls, toys with key rings, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a standing princess with long hair that is wearing a dress, a crown, earrings, and gloves.

PRIORITY DATE OF 11-16-2022 IS CLAIMED

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1718655A DATED 11-29-2022, EXPIRES 11-29-2032

SER. NO. 79-365,163, FILED 11-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,296,331**

**Registered Feb. 06, 2024**

**Int. Cl.: 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
Redmond WA 98052
4600 150th Avenue NE
UNITED STATES

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards and puzzles, namely, jigsaw puzzles, puzzle board games, manipulative puzzles and mosaic puzzles; card games; trading card games; toys, namely, toy balls, toys with key rings, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a fanciful reptilian creature that is upright on two legs. The creature has two horns and hair on its head, a spiked tail, a striped belly, and a spiked shell on its back. The creature is wearing spiked bands around its wrists and arms.

PRIORITY DATE OF 11-16-2022 IS CLAIMED

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1718657A DATED 11-29-2022, EXPIRES 11-29-2032

SER. NO. 79-365,165, FILED 11-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,334,132**

**Registered Mar. 26, 2024**

**Int. Cl.: 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
Redmond WA 98052
4600 150th Avenue NE
UNITED STATES

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards; puzzles, namely, jigsaw puzzles, puzzle board games, manipulative puzzles, and mosaic puzzles; card games; trading card games; toys, namely, toy balls, toys with key rings, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held consoles for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

The mark consists of a fanciful humanoid character with a mushroom top waving with the left hand.

PRIORITY DATE OF 11-16-2022 IS CLAIMED

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1718658A DATED 11-29-2022, EXPIRES 11-29-2032

SER. NO. 79-365,166, FILED 11-29-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,691,609**

**Registered Feb. 18, 2025**

**Int. Cl.: 16, 18, 25, 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 16: Office requisites, namely office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; handkerchiefs of paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely calendars, children's activity books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring bags, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, promotional game cards, jigsaw puzzles, puzzle board games, manipulative puzzles, mosaic puzzles; card games; trading card games; toys, namely toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video

Acting Director of the United States Patent and Trademark Office

games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; party balloons; protective carrying cases specially adapted for handheld video game

The mark consists of a red stylized "M" depicted within a white circle, both of which are positioned within a red square.

PRIORITY DATE OF 04-23-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1801943A DATED 05-13-2024, EXPIRES 05-13-2034

SER. NO. 79-400,966, FILED 05-13-2024

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.