# Exhibit 3


Amazon.com : 20pcs Mario Tem
Ask Gemini
amazon.com/Temporary-Birthday-Decoration-Activity-Christmas/dp/B0FJWVS82G/ref=sr_1_7?crid...
amazon prime
Deliver to Yahaira
Chicago 60606
All
nintendo+tattoos
EN
Hello, Tim
Account & Lists
Returns
& Orders
0
Cart
All
alexa for shopping
30-Minute Delivery
Buy Again
Today's Deals
Coupons
Customer Service
Subscribe & Save
Registry
Kindle Books
Books
Prime Video
All Beauty
Premium Beauty
Makeup
Skin Care
Hair Care
Fragrance
Tools & Accessories
Personal Care
Oral Care
Men's Grooming
Professional Beauty
Best Sellers
New Arrivals
Enjoy unforgettable moments with our tattoos!
Shop ERSHIXUN
Sponsored
Beauty & Personal Care › Makeup › Body › Temporary Tattoos
20 Pack
20pcs Mario Temporary Tattoos for Kids, Birthday Party Favors, Cute Cartoon Decoration Sticker Gifts for Girl Boys Home Activity Class Prizes Carnival Christmas Rewards (Mario)
Brand: RUBANG
4.7 (72) | Search this page
Amazon's Choice
300+ bought in past month
$5.99 ($5.99 / count) Price history
Did you know? There's no annual fee for Prime Visa. Get a $150 Amazon Gift Card instantly upon approval. Learn more
prime Two-Day
FREE Returns
Color: Mari
$5.99 ($5.99 / count)
Price history
prime Two-Day
FREE delivery Thursday, August 6. Order within 3 hrs 43 mins
Arrives with upcoming delivery
Deliver to Yahaira - Chicago 60606
In Stock
Quantity: 1
Add to cart
Add to Thursday's delivery
Ships from Amazon
Sold by RUBANG
Returns FREE 30-day refund/replacement
Customer service Amazon


Amazon.com : 20pcs Mario Tem
Ask Gemini
amazon.com/Temporary-Birthday-Decoration-Activity-Christmas/dp/B0FJWVS82G/ref=sr_1_7?crid...
Deliver to Yahalra
Chicago 60606
nintendo+tattoos
Hello, Tim
Account & Lists
Returns
& Orders
Cart
All
30-Minute Delivery
Buy Again
Today's Deals
Coupons
Customer Service
Subscribe & Save
Registry
Kindle Books
Books
Prime Video
20pcs Mario Temporary Tattoos for Kids, Birthday Party Favors, Cute Cartoon Decoration Sticker Gifts for Girl Boys Home Activity Class Prizes Carnival...
Color:Mari
FREE Returns
Color: Mari
Customer service
Amazon


Amazon.com : 20pcs Mario Tem
Ask Gemini
amazon.com/Temporary-Birthday-Decoration-Activity-Christmas/dp/B0FJWVS82G/ref=sr_1_7?crid...
Deliver to Yahaira
Chicago 60606
nintendo+tattoos
EN
Hello, Tim
Account & Lists
Returns
& Orders
Cart
All
for shopping
30-Minute Delivery
Buy Again
Today's Deals
Coupons
Customer Service
Subscribe & Save
Registry
Kindle Books
Books
Prime Video
All Beauty
Premium Beauty
Makeup
Skin Care
Hair Care
Fragrance
Tools & Accessories
Personal Care
Oral Care
Men's Grooming
Professional Beauty
Best Sellers
New Arrivals
Enjoy unforgettable moments with our tattoos!
Shop ERSHIXUN
Sponsored
Beauty & Personal Care › Makeup › Body › Temporary Tattoos
20pcs Mario Temporary Tattoos for Kids, Birthday Party Favors, Cute Cartoon Decoration Sticker Gifts for Girl Boys Home Activity Class Prizes Carnival Christmas Rewards (Mario)
Brand: RUBANG
4.7 (72) | Search this page
Amazon's Choice
300+ bought in past month
$5.99 ($5.99 / count) Price history
Did you know? There's no annual fee for Prime Visa. Get a $150 Amazon Gift Card instantly upon approval. Learn more
prime Two-Day
FREE Returns
Color: Mari
$5.99 ($5.99 / count)
Price history
prime Two-Day
FREE delivery Thursday, August 6. Order within 3 hrs 43 mins
Arrives with upcoming delivery
Deliver to Yahaira - Chicago 60606
In Stock
Quantity: 5
Add to cart
Add to Thursday's delivery
Ships from Amazon
Sold by RUBANG
Returns FREE 30-day refund/replacement
Customer service Amazon


Amazon.com : 20pcs Mario Tem
Ask Gemini
amazon.com/Temporary-Birthday-Decoration-Activity-Christmas/dp/B0FJWVS82G/ref=sr_1_7?crid...
amazon prime
Deliver to Yahaira
Chicago 60606
All
nintendo+tattoos
EN
Hello, Tim
Account & Lists
Returns
& Orders
0
Cart
20
Pack
Click to see full view
Ask Alexa
Can these be used on the face?
Are they easy to remove?
Do they come in different designs?
Why you might like this
Compare with similar
Ask something else
$5.99 ($5.99 / count) FREE Delivery Thursday
$3.99 ($3.99 / count) FREE Delivery Monday
$4.99 ($4.99 / count) $5.99 FREE Delivery Friday
$6.99 ($6.99 / count) FREE Delivery Friday
Top highlights
Color Mari
Brand RUBANG
Size Small
Style Cartoon - Mario
Water Resistance Level Waterproof
About this item
Each sheet measures 5*5cm and can be applied to arms, hands, fingers, legs, feet, collarbone, neck, chest, and even smooth surfaces like plates, glasses, and cups!
You can do it in 20 seconds! Stick it, wet it, peel it, rock it! And it is easily clear off by rubbing with alcohol or body oil.
Our tiny fake tattoos for kids are made with FDA-compliant materials that are waterproof, non-toxic, and non-allergic. They can last for 3-5 days on your body, so you don't have to worry about bathing, swimming, sweating, or getting wet!
These tiny, realistic, waterproof temporary tattoos
Show more
Add to Auto Buy
Add to List
WDSANGESS 60Pcs Mario Tem...
4.5 16
$7.99 prime
Sponsored

Amazon.com : 20pcs Mario Tem

Ask Gemini

amazon.com/Temporary-Birthday-Decoration-Activity-Christmas/dp/B0FJWVS82G/ref=sr_1_7?crid...




Click to see full view

Ask Alexa

Can these be used on the face? | Are they easy to remove? | Do they come in different designs? | Why you might like this | Compare with similar | Ask something else

compliant materials that are waterproof, non-toxic, and non-allergic. They can last for 3-5 days on your body, so you don't have to worry about bathing, swimming, sweating, or getting wet!

- These tiny, realistic, waterproof temporary tattoos stickers make great gifts for different occasions such as hot wheels birthday party supplies,monster truck birthday party supplies, school activities, holidays, Christmas, Easter, and Halloween.
- After Sale: Any question, please contact us.

^ Show less

**Item details**

| | |
|---|---|
| Brand Name | RUBANG |
| Unit Count | 1 Count |
| Best Sellers Rank | #46,716 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care) #397 in Temporary Tattoos |
| ASIN | B0FJWVS82G |
| Customer Reviews | 4.7 ★★★★★ (72) 4.7 out of 5 stars |

**Style**

| | |
|---|---|
| Color | Mari |
| Product Style | Cartoon - Mario |
| Pattern | Cartoon |

See all product specifications

Amazon.com : 20pcs Mario Tem ×   +   Ask Gemini

amazon.com/Temporary-Birthday-Decoration-Activity-Christmas/dp/B0FJWVS82G/ref=sr_1_7?crid...

↑ Top   Similar   Product information   From the Brand   Questions   Reviews   20pcs Mario Temporary Tattoos for Kids, Birthday Pa...

## Important information

### Directions

How to Use and Remove Temporary Tattoos? How to use temporary tattoos 1.Clean your skin with a wet towel and make it dry. 2.Choose a design and cut it out, then remove the clear sheet. 3.Put the tattoo face on clean dry skin. 4.Wet the tattoo softly with a sponge. 5.Gently remove the backing paper after 10-20 seconds. 6.Allow the fake tattoos dry naturally.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product Description

How to Use and Remove Temporary Tattoos?
How to use temporary tattoos
1.Clean your skin with a wet towel and make it dry.
2.Choose a design and cut it out, then remove the clear sheet.
3.Put the tattoo face on clean dry skin.
4.Wet the tattoo softly with a sponge.
5.Gently remove the backing paper after 10-20 seconds.
6.Allow the fake tattoos dry naturally.

## Product details

**Package Dimensions :** 2.17 x 2.09 x 0.28 inches; 0.32 ounces

**ASIN :** B0FJWVS82G

**Best Sellers Rank:** #46,716 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
#397 in Temporary Tattoos

**Customer Reviews:**
4.7 ★★★★★ (72)

## Related products with free delivery

Sponsored   Page 1 of 67

Amazon.com Seller Profile: RUB

Ask Gemini

amazon.com/s?me=A2695R57LSTGP0&marketplaceID=ATVPDKIKX0DER

amazon prime | Deliver to Yahaira Chicago 60606 | All | Search Amazon | EN | Hello, Tim Account & Lists | Returns & Orders | 1 Cart

All | alexa for shopping | 30-Minute Delivery | Buy Again | Today's Deals | Coupons | Customer Service | Subscribe & Save | Registry | Kindle Books | Books

Subtotal
$5.99
Go to Cart



$5.99

1

# RUBANG

Visit the RUBANG storefront

★★★★★ | **100% positive** in the last 12 months (48 ratings)



**20pcs Mario Temporary Tattoos f...**

$5.99 ($ 5.99 / count)

Add to cart

## About Seller

RUBANG is committed to providing each customer with the highest standard of customer service.

**Have a question for RUBANG?**

Ask a question

## Reviews

★★★★★ 5 out of 5
48 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 96% |
| 4 star | | 4% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

48 total ratings, 48 with feedback for 12 months

★★★★★ "good good thank you"
By daphne on July 22, 2026.

★★★★★ "Quick shipping"
By Amazon Customer on July 21, 2026.

★★★★★ "Love them"
By LR on July 20, 2026.

★★★★★ "Nice"



Amazon.com Seller Profile: RUB

Ask Gemini

amazon.com/s?me=A2695R57LSTGP0&marketplaceID=ATVPDKIKX0DER

RUBANG

Visit the RUBANG storefront

★★★★★ | 100% positive in the last 12 months (48 ratings)

20pcs Mario Temporary Tattoos f...

$5.99 ($ 5.99 / count)

Add to cart

Subtotal

$5.99

Go to Cart

$5.99

1

★★★★★ "Good deal. Item as described. Quick shipping."

By richard kohn on July 10, 2026.

Previous Next

**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

**Business Name:** Yiwu Fengbang Trading Co., Ltd.
**Business Address:**
义乌市江东街道
潮鸣府2幢1103室
金华市
浙江
322000
CN

**Shipping Policies**

**Other Policies**

**Help**


Amazon.com
Ask Gemini
amazon.com/s?me=A2695R57LSTGP0&marketplaceID=ATVPDKIKX0DER
amazon prime
Deliver to Yahaira
Chicago 60606
RUBANG
Search Amazon
EN
Hello, Tim
Account & Lists
Returns
& Orders
Cart
Subtotal
$5.99
Go to Cart
All
alexa for shopping
30-Minute Delivery
Buy Again
Today's Deals
Coupons
Customer Service
Subscribe & Save
Registry
Kindle Books
Books
10 results
Sort by: Featured
Prime Delivery
Overnight by 11AM
Tomorrow by 3PM
Delivery
All Prime
Delivery Day
Get It by Tomorrow
Add to Delivery
Department
Beauty & Personal Care
Electronics
Home & Kitchen
Toys & Games
Customer Reviews
& Up
International Shipping
International Shipping Eligible
Availability
Include Out of Stock
Results
100pcs Sanrio Cartoon Stickers for Kids, Cute Hellokitty Kuromi Mymelody Stickers for Teen Girl Adult Water Bottle, Skateboard,...
4.8 (355)
500+ bought in past month
$6.99
prime FREE delivery Overnight 7 AM - 11 AM on $25 qualifying items
Add to cart
50pcs Spiderman Stickers for Water Bottle, Cool SuperHero Movie Waterproof Vinyl Decal for Kids Teen Adult Laptop Skateboard...
4.7 (269)
700+ bought in past month
$6.99
prime FREE delivery Thu, Aug 6
Arrives with upcoming delivery
Add to delivery
Add to cart
50pcs Superhero Stickers for Kids Water Bottle, Cool Cartoon Waterproof Vinyl Decal for Teen Girl Adult Laptop Skateboard Pho...
4.8 (161)
500+ bought in past month
$5.99
1

Place Your Order - Amazon Che ✕ +    Ask Gemini

amazon.com/checkout/p/p-106-5199100-7060266/spc?pipelineType=Chewbacca&hasWorkingJav...

amazon prime    **Secure checkout**    Cart

**Delivering to Yajaira Bess** Change

200 W MADISON ST STE 2100, CHICAGO, IL, 60606-3521, United States

Add delivery instructions

FREE pickup available nearby

**Paying with Visa 4686** Change

Use a gift card, voucher, or promo code

**Arriving Aug 6, 2026**

If you order in the next 3 hours and 35 minutes



20pcs Mario Temporary Tattoos for Kids, Birthday Party Favors, Cute Cartoon Decoration Sticker Gifts for Girl Boys Home Activity Class Prizes Carnival Christmas Rewards (Mario)

300+ bought in past month

$5.99

($5.99 / count)

prime & FREE Returns

Ships from Amazon.com

Sold by RUBANG

1

Add gift options

**Fastest** Thursday, Aug 6 FREE

**Amazon Day** Friday, Aug 7 FREE

Lower carbon delivery | $1 digital reward

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$6.62** |

Place Your Order - Amazon Che

Ask Gemini

amazon.com/checkout/p/p-106-5199100-7060266/spc?pipelineType=Chewbacca&hasWorkingJav...

**Paying with Visa 4686** Change

Use a gift card, voucher, or promo code

**Arriving Aug 6, 2026**

If you order in the next 3 hours and 35 minutes



20pcs Mario Temporary Tattoos for Kids, Birthday Party Favors, Cute Cartoon Decoration Sticker Gifts for Girl Boys Home Activity Class Prizes Carnival Christmas Rewards (Mario)

300+ bought in past month

$5.99

($5.99 / count)

prime & FREE Returns

Ships from Amazon.com

Sold by RUBANG

1

Add gift options

- (selected) **Fastest** Thursday, Aug 6 — FREE
- **Amazon Day** Friday, Aug 7 — FREE
  Lower carbon delivery | $1 digital reward

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$6.62** |

Place your order **Order total: $6.62**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State


Order Details

Ask Gemini

amazon.com/your-orders/order-details?orderID=113-0088875-2923478&ref=ppx_yo2ov_dt_b_fed...

amazon prime | Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Tim Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | 30-Minute Delivery | Buy Again | Today's Deals | Coupons | Customer Service | Subscribe & Save | Registry | Kindle Books | Books | Prime Video

Your Account › Your Orders › Order Details

# Order Details

Order placed August 4, 2026 | Order # 113-0088875-2923478

View invoice

**Ship to**
Yajaira Bess
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 4686
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $5.99 |
| Estimated tax to be collected: | $0.63 |
| **Grand Total:** | **$6.62** |

**Arriving Thursday**

20pcs Mario Temporary Tattoos for Kids, Birthday Party Favors, Cute Cartoon Decoration Sticker Gifts for Girl Boys Home Activity Class Prizes Carnival Christmas Rewards (Mario)
Sold by: RUBANG
$5.99
Buy it again

Track package
Cancel items
Ask Product Question
Change Payment Method

**Buy it again** View All & Manage

Page 1 of 2